# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

FILED - LN
March 24, 2014 1:47 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:/ SCANNED BY JG 3/25/14

Robert-Charles: Gilman, American National
Marilyn-terese: Tutz Kay-Gilman, American National

Plaintiff(s),

v

Montcalm Cty Treasurer JoAnne Vukin
8th Circuit Court Montcalm Cty
Judge Kreeger; T. Seitz P-60320
State of Michigan
Montcalm Cty Defendant(s). Ted

1:14-cv-298
Paul L. Maloney,
Chief Judge United States District Court

Robert Gilman
P.O. Bx 92
Crystal Michigan
[near but not in 48818]

Non-Response Affidavit
Final Notice and Default

Robert-Charles: Gilman,
Apostille No. 89536-2-265600-228
American National
Marilyn-Terese: Totzkay-Gilman,
Apostille No. 89536-2-265601-228
American National
Ex rel, united states of America;
Michigan a Free and Independent
Nation=State=Republic

MICHIGAN STATE, INC. DUNS #054698428
MONTCALM COUNTY, INC. DUNS #095948345, EIN #386004874

To: STATE OF MICHIGAN, JOANNE VUKIN, MONTCALM COUNTY TREASURER, INC;
8th CIRCUIT COURT, INC, MONTCALM COUNTY, JUDGE SUZANNE HOSETH KREEGER, et. al.;
THEODORE SEITZ, P-60320, ATTORNEY AT LAW.

    We, Robert-Charles: Gilman, American National and Marilyn-Terese: Totzkay-Gilman, American National, here after=Affiants, are over the age of consent=twenty-one years, and competent to make this Affidavit of our own firsthand knowledge, and do hereby declare under penalty of bearing false witness=perjury under the laws of God and the united states of America that the following statements are true, correct, complete, and not intended to be misleading. Any objections to this Affidavit must be made on a certified point-by-point basis within three calendar days (3).

    Affiant's, have not received a proper response from, STATE OF MICHIGAN, INC, JOANNE VUKIN, COUNTY TREASURER, INC, 8th CIRCUIT COURT, INC, MONTCALM COUNTY, INC, JUDGE SUZANNE HOSETH KREEGER, et. al., THEODORE SEITZ, P-60320, ATTORNEY AT LAW, nor any rebutting certified evidence, nor any rebutting certified responses to our ***Writ of Mandamus in the form of an Express Administrative Hearing, 28 USC §1361, 5 USC §551 – 559 and 18 USC §924,*** dated 27th day of the month of January, two thousand twelve A.D. evidenced by the Certified mail receipt #7006 2150 0003 0767 1201 attached as exhibits to this Affidavit of Non-Response.

STATE OF MICHIGAN, INC, JOANNE VUKIN, COUNTY TREASURER, INC, 8th CIRCUIT COURT, INC, MONTCALM COUNTY, INC, JUDGE SUZANNE HOSETH KREEGER, et. al., THEODORE SEITZ, P-60320, ATTORNEY AT LAW MICHIGAN BAR ASSOCIATION have defaulted by non-responsive actions and given their=your silent consent to the Novation by standing silent. This default vitiates the fraudulent 8th Circuit Court action titled File No. 11-K-14891-AA. This file, 11-K-14891-AA being used as one case fits all is blatant and overt fraud by the Court, further evidencing the non-existent "grant of authority" and any Original "wet autographed contract" in the political crimes committed against the People.

Further, Affiant's sayeth naught.
Signed by the voluntary act of our own volition, the day of _21_, month of March two thousand and fourteen A.D.

Autograph: *[signature]*
Appellation: Robert-Charles: Gilman,
Apostille No. 89536-2-265600-228
American National

Autograph: *[signature]*
Appellation: Marilyn-Terese: Totzkay-Gilman,
Apostille No. 89536-2-265601-228
American National
Ex rel, united states of America;
Michigan a Free and Independent
Nation=State=Republic

# Legal Notice=Jurat

The Certifying Notary is an Independent Contractor and not a party to this claim=action. In truth=fact the Certifying Notary is a Federal Witness pursuant to TITLE 18, PART 1, CHAPTER 73, §1512, Tampering with a witness, victim or an informant. The certifying Notary also performs the function of a quasi-Postal Inspector under Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under color-of-law is a violation of TITLE 18, U.S.C. §242, titled "Deprivation of Rights Under-Color-of-Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the Color-of-Law to willfully deprive any individual residing in the United States and=or United States of America those rights protected by the Constitution and U.S. Laws.

The above individual whose appellation is fixed to the document=instrument presented is known by me, having produce sufficient=valid identification, to be the same individual who has sealed this document=instrument by autographing the same in my physical presence on this day, 21 in the month of March 2014.

Autograph: *Peggy Waldron*
Appellation: (notary)
Notary Public, State of Michigan, County of Montcalm

My commission expires, 03-03-2017

       PEGGY WALDRON
   Notary Public, Montcalm County, Michigan
   My Commission Expires 03-03-2017