Act of State:
Private Contract infringed intentionally:
Political Petition for Redress of Grievances:
Express Administrative Hearing:
Notice of Political Crimes:
Constitutional=International Mandatory Administrative Damages.

Docket #11-K14891-AA

From:
Robert-Charles: Gilman, Sovereign Private=Citizen,
Marilyn-Terese: Totzkay-Gilman, Sovereign Private=Citizen

Ex rel.

United State of America;
Michigan, a Free and Independent state=Republic.

To:

1, 8th CIRCUIT COURT, a.k.a. 8th CIRCUIT, a.k.a. 8th Circuit Court, d.b.a. Corporate Privateer and Pirate;

2, STATE OF MICHIGAN, a.k.a. MICHIGAN STATE, a.k.a. State of Michigan, d.b.a. Corporate Privateer;

3, MARCIA A SAWDY=JOANNE VUKIN, a.k.a. Marcie A. Sawdy=JoAnne Vukin, d.b.a. MONTCALM COUNTY TREASURER, a.k.a. Treasurer Montcalm county, d.b.a. Corporate Privateer and Pirate with EIN 38 6004 874;

4, SUZANNE HOSETH KREEGER, a.k.a. Suzanne Hoseth Kreeger, a.k.a. Judge, a.k.a. Suzanne Kreeger, d.b.a. Corporate Privateer and Pirate.

5, Robert-Charles: Gilman, a.k.a. Robert-C.:Gilman; d.b.a. Criminal Conversion=imaginary=Legal-Assumption; et al.;

6, Marilyn-Terese: Totzkay-Gilman, a.k.a. Marilyn-T.; Totzkay-Gilman; d.b.a. Criminal Conversion=imaginary=Legal-Assumption; et el.;

7, ROBERT C GILMAN, meaning of initials unknown;

8, MARILYN T TOTZKAY-GILMAN, meaning of initials unknown;

9, Et al., in Concert.

Apostille No.: 89536-2-265600-228 Michigan
Apostille No.: 89536-2-265601-228 Michigan
Issued by ex officio Secretary of State of the United States; Secretary of the state of Michigan, a Free and Independent State=Republic; "Self-authenticating" Rule 902 (3), Federal Rules of Evidence;
"Proof of Official Record"; Your Rule112, Rules of Criminal Procedure; Your Rule 44 (a)(2), Rules of Civil Procedure "Saperior Proof of Official Record"; Your Rule 44/1991 amendments.

*Exhibit A*

*A TRUE COPY* *[signature]* *CLERK OF MONTCALM COUNTY*



CERTIFIED
TRUE COPY

## Suitor's one supreme Court

### supreme Article III judicial Power of the United States

**OSCHC: 2012.02.05.TX**

In Re:
**Robert-Charles: Gilman, Executor**
**Marilyn-Terese: Totzkay-Gilman, Executrix**

Habeas Corpus Ad Faciendum Et Recipiendum
(Black's Law Dictionary, Fourth Edition, page 837)

A Writ to: all inferior Local, State, and Federal courts, their officers and agents not vested with the supreme Article III judicial Power of the United States granted in Article III Section I of the 1787 Constitution of the United States.

This extraordinary Writ of Habeas Corpus Ad Faciendum Et Recipiendum an extraordinary Writ issued by Robert-C: Gilman=s one supreme Court vested in him by Article III, Section I, of the 1787 Constitution of the United States, which is an exclusive "grant of power to the people," having the supreme judicial Power of the United States for the purpose of removing Robert-Charles: Gilman, Executor and Marilyn-Terese: Totzkay-Gilman Executrix or any cause against Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix, from any inferior Court into the one supreme Court for any=all unlawfull legal restraint of their Liberty whether past, present or future, or designated as civil or criminal.

Robert-C: Gilman=s one supreme Court's supreme jurisdiction over the inferior courts is prescribed in Article III Section II Clause II of the 1787 Constitution of the United States and is in part as follows: "In all cases effecting Ambassadors, other public Ministers and Consuls, and those in

1



CERTIFIED TRUE COPY

which a State = Robert-Charles: Gilman and Marilyn-Terese: Totzkay-Gilman=Nation= State (Reference= acknowledged Book of Authority "The Law of Nations, or the Principles of Natural Law, in four books" 1758, by Emmrich de Vattel which clearly indicates the States are admonished to seek one another's perfection). Thus Robert-C: Gilman=s one Supreme Court of Record shall be a Party…," Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix relaying on Robert-C: Gilman=s one supreme Court shall have original Jurisdiction. In all the other cases before mentioned, (in Constitutional Article III Section II Clause I) Robert-C: Gilman=s one supreme Court shall have appellate Jurisdiction, both as to Law and Truth=Fact, with such Exceptions, and under such Regulations as the Congress shall make. Rule 81(a) (2) F.R.C.P. in respect to this Writ and 28 USC 2072 (b), regulates that all Laws in conflict with such Rule shall have no further force or effect. Article I, section IX, clause II, 1787 Constitution of the United States.

This one supreme Court advises all of whom it may concern to take notice that 48 Stat. at page 1 amended section 5(b) of the 1917 Trading with the Enemy Act includes "all persons within the UNITED STATES or any place subject to the jurisdiction thereof."

The jury finds that Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix are Sovereign Private=Citizens with Diplomatic status , is one of the People of the Preamble United States, living souls created by nature, are private People=freeholders=freeborn within the geographical boundaries of a State, and are neutral for all purposes of war. The Jury further finds Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix are not artificially created persons, nor a member of any political society of the World, nor an inhabitant within any



CERTIFIED TRUE COPY

State, nor an enemy alien for purposes of war or emergency, nor subject to the jurisdiction of the UNITED STATES, nor subject to the emergency public policy of the federal and state government, FEMA. The Jury also finds that Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix are not ROBERT CHARLES GILMAN and MARILYN TERESE TOTZKAY-GILMAN and that any act of levying War against Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix, or in adhering to the enemy, giving the enemy Aid and Comfort shall constitute Political Crimes against Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix as one of the Freeborn Sovereign People of the United States.

*Crimes mala prohibita* which embrace only things prohibited by Statute as infringing on others' civil rights are not applicable against Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix. They are subject only to *Crimes mala in se* which embrace acts immoral or wrong in themselves, such as, burglary, larceny, arson, rape, murder, and breach of peace.

This *Habeas Corpus Ad Faciendum Et Recipiendum,* a Writ, is issued in compliance with Law and agreeable to the usages and principles of Law by the People's one supreme Court, made in Pursuance of 1787 Constitution of the United States as an additional part of the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. Article VI, Section II.

This Writ is issued in connection with the presentment of the Express Administrative Hearing presented on 30 January 2012 validated by Certified Mail Receipts returned to Presenters Robert-Charles: Gilman Executor and



CERTIFIED
TRUE COPY

Marilyn-Terese: Totzkay-Gilman Executrix. The Failure of the parties to respond to Presenters' Express Administrative Hearing=Contract Novation is evidence in truth=fact of the conspiracy to invalidate Diplomats Robert-Charles: Gilman Executor and Marilyn-Terese: Totzkay-Gilman Executrix, as evidenced by the Act of State, Notice of Status and Standing, received in the district court of the U.S. This aggressive vicious action is an Assault upon a Diplomat and causes the initiation of an International Cause of Action. The Status and Standing informs this inferior court of its lack of jurisdiction and the knowledge of the presenters that this inferior court is administrative in truth=fact and that the superior one supreme court has the "granted authority" to review, remand, dismiss decisions, or place an injunction against the 8th circuit court of the State of Michigan.

Any action taken that moves this action forward without the completion of the Express Administrative Hearing and valid=lawfull response to this Writ is an inaction that will result in a True Bill being issued from the Petite Grand Jury against all Parties identified or not yet identified.

Date: 5 February 2012     Autograph: _Robert-Charles: Gilman_

Robert-Charles: Gilman *Sui Juris*
**Freeborn Sovereign Private=Citizen**

Date: February 5, 2012     Autograph: _Marilyn-Terese: Totzkay-Gilman_

Marilyn-Terese: Totzkay-Gilman
**Freeborn Sovereign Private=Citizen**



CERTIFIED TRUE COPY

district court of the United States
For Diplomatic Relations
[ See Foreign Sovereign Immunities Act ]

Robert-Charles: Gilman
Ex-rel
United States of America

Vs.

MONTCALM COUNTY TREASURER
211 W MAIN STREET
P.O. BOX 368
STANTON MI 48888

Affidavit of Service
Affidavit of Truth=Fact
Notice, Entry, and Recordation of Express Administrative Hearing

I Bryon Reuter on 28 January 2012 mailed the Express Administrative Hearing to JOANN VUKIN
MONTCALM COUNTY TREASURER=PUBLIC SERVANT, 211 MAIN STREET, P.O. BOX 368,
STANTON, MI 48888, and demand respondent produce "Superior Proof of Record" and Documentation
pursuant to the Diplomatic Court Rule 55 [F.R.C.P.], this ultimate political truth=fact will be entered on
this Court's Public Record.



I declare being the Age of Majority, a citizen of both the United States of American and Michigan a Free
and Independent state, make this asseveration under the penalties of bearing false witness=perjury pursuant
to the laws of the United States of America that the foregoing is true, correct, complete and not
misleading.

American; Christian;
Sentient, Civilian, Sovereign Private=Citizen
United States of America, a Republic;
Michigan a Free and Independent state;
Constitutional County and Township "Within"
End of Document

2012.01.26-Original

Page 1 of 1


CERTIFIED TRUE COPY

district court of the United States
For Diplomatic Relations
[ See Foreign Sovereign Immunities Act ]

Robert-Charles: Gilman
Ex-rel
United States of America

Vs.

MONTCALM COUNTY TREASURER
211 W MAIN STREET
P.O. BOX 368
STANTON MI 48888

### Affidavit of Service
### Affidavit of Truth=Fact
Notice, Entry, and Recordation of Express Administrative Hearing

I Bryon Reuter on 28 January 2012 mailed the Express Administrative Hearing to JOANN VUKIN
MONTCALM COUNTY TREASURER=PUBLIC SERVANT, 211 MAIN STREET, P.O. BOX 368,
STANTON, MI 48888, and demand respondent produce "Superior Proof of Record" and Documentation
pursuant to the Diplomatic Court Rule 55 [F.R.C.P.], this ultimate political truth=fact will be entered on
this Court's Public Record.



I declare being the Age of Majority, a citizen of both the United States of American and Michigan a Free
and Independent state, make this asservation under the penalties of bearing false witness=perjury pursuant
to the laws of the United States of America that the foregoing is true, correct, complete and not
misleading.

American; Christian;
Sentient, Civilian, Sovereign Private=Citizen
United States of America, a Republic;
Michigan a Free and Independent state;
Constitutional County and Township "Within"
End of Document



CERTIFIED TRUE COPY

district court of the United States
For Diplomatic Relations
[ See Foreign Sovereign Immunities Act ]

Robert-Charles: Gilman
Ex-rel
United States of America

Vs.

MONTCALM COUNTY TREASURER
211 W MAIN STREET
P.O. BOX 368
STANTON MI 48888

Affidavit of Service
Affidavit of Truth=Fact
Notice, Entry, and Recordation of Express Administrative Hearing

I Bryon Reuter on 28 January 2012 mailed the Express Administrative Hearing to SUZANNE HOSET
KREEGER CIRCUIT COURT JUDGE=PUBLIC SERVANT, c/o 8TH CIRCUIT COURT, 631 NORTH
STATE STREET, P.O. BOX 296, STANTON, MI 48888, and demand respondent produce "Superior
Proof of Record" and Documentation pursuant to the Diplomatic Court Rule 55 [F.R.C.P.], this ultimate
political truth=fact will be entered on this Court's Public Record.



I declare being the Age of Majority, a citizen of both the United States of American and Michigan a Free
and Independent state, make this asseveration under the penalties of bearing false witness=perjury pursuant
to the laws of the United States of America that the foregoing is true, correct, complete and not
misleading.

American; Christian;
Sentient, Civilian, Sovereign Private=Citizen
United States of America, a Republic;
Michigan a Free and Independent state;
Constitutional County and Township "Within"
End of Document



CERTIFIED TRUE COPY

district court of the United States
For Diplomatic Relations
[ See Foreign Sovereign Immunities Act ]

Robert-Charles: Gilman
Ex-rel
United States of America

Vs.

MONTCALM COUNTY TREASURER
211 W MAIN STREET
P.O. BOX 368
STANTON MI 48888

Affidavit of Service
Affidavit of Truth=Fact
Notice, Entry, and Recordation of Express Administrative Hearing

I Bryon Reuter on 28 January 2012 mailed the Express Administrative Hearing to SUZANNE HOSET
KREEGER CIRCUIT COURT JUDGE=PUBLIC SERVANT, c/o 8TH CIRCUIT COURT, 631 NORTH
STATE STREET, P.O. BOX 296, STANTON, MI 48888, and demand respondent produce "Superior
Proof of Record" and Documentation pursuant to the Diplomatic Court Rule 55 [F.R.C.P.], this ultimate
political truth=fact will be entered on this Court's Public Record.



I declare being the Age of Majority, a citizen of both the United States of American and Michigan a Free
and Independent state, make this asservation under the penalties of bearing false witness=perjury pursuant
to the laws of the United States of America that the foregoing is true, correct, complete and not
misleading.

American; Christian;
Sentient; Civilian; Sovereign Private=Citizen
United States of America, a Republic;
Michigan a Free and Independent state;
Constitutional County and Township "Within"
End of Document



United States District Court
Western District of Michigan
113 Federal Bldg.
315 W Allegan St
Lansing MI 48933
(517) 377-1559

**MONTCALM COUNTY TREASURER**          **NOTICE NUMBER:** DOCKET NUMBER
**LIVING SOUL  UNDISCLOSED**                         13-K-17508-A
**211 WEST MAIN STREET**
**P.O. BOX 368**                                          **NOTICE DATE:**
**STANTON, MI 48888**

                    Wrongdoers
                    Fictitious-Foreign Plaintiff

          Vs.                              Constitutional Article III Court
                                           Designated Judge

ROBERT CHARLES GILMAN
(Government Registered Trade Name)
VILLAGE OF CRYSTAL
STATE OF MICHIGAN 48818
                    A Trust or estate and Ward of the government

robert-charles: gilman
American National
c/o Postmaster
204 South Main Street
Crystal, Michigan
[near but not in 48818]
                    Intervener, Third Party of Interest, Injured party,
                    A living flesh and blood man with a soul

                         **Entry of Appearance**
                         **As a Living Flesh and Blood Man with a Soul**
                         **NOTICE OF NON-CONSENT**

**CHALLENGE OF JURISDICTION**

**Now Comes**, I, a living flesh and blood man with a soul, Robert-Charles: Gilman, placing an Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress: TITLE 10 App. > COURTS > Rule 13. Notice of appearance of counsel, **Title 29: Labor,** PART 2200, RULES OF PROCEDURE, Subpart B – Parties and Representatives §2200.23 Appearances and withdrawals Rule 23, Form and Style of Papers III. PLEADINGS AND MOTIONS Rule 11. Rule 11, Signing Pleadings, Motions, and Other Papers; **Representations** to the, and pursuant to, Congressional mandates of the Administrative Procedure Act 1946, 60 stat 237.

I, Robert-Charles: Gilman, hereby file Entry Of Appearance as 6th Amendment counsel on this date **14 March, 2014** in this action to be a legal counsel and adviser and to represent the named party, **a living man with a soul and appellation of Robert-Charles: Gilman,** pursuant to the United States Constitution, 6th Amendment and pursuant to Title 28 USC, Judiciary and judicial procedures, App. Rule 17 under civil rules of procedure and federal Rules of Civil Procedure as a party of interest and as a next friend.

Whereas the named party, **Robert-Charles: Gilman,** in this case, lacks confidence in any attorney as said attorneys represent the State and or Federal government as member of the Bar Association and as such members' first obligation is to represent the State and or Federal governments best interest and not the client's best interest, the named party, **Robert-Charles: Gilman,** in this case, to act as 6th Amendment counsel in this action on HIS own behalf.

As Congressional mandate created the Federal Bar under 36 USC chapter 705 as a "Corporation" and under section 70503 of this Title 36 chapter 705 to refuse my Entry of Appearance as a 6th Amendment counsel to **Robert-Charles: Gilman,** would be an intentional act to over throw the United States Government and the Constitution and would violate Title 36 chapter 705 section 70503.

As the ATF, INTERNAL REVENUE SERVICE is a *quasi* Federal Agency or a *__State Agency__* under Title 5 USC, Administrative Procedure Act, under 60 stat 237 this allows **Robert-Charles: Gilman,** to act as counsel in any and all administrative hearing as the United States Attorneys holds a Federal Bar Card to the Corporation under 36 USC, chapter 705, and the ATF and the INTERNAL REVENUE SERVICE and the *__State Agency__* is a *quasi* Federal Administrative Agency receiving federal funds by and through the United States Congress.

By the fact of there being two possible jurisdictions, I, **Robert-Charles: Gilman,**
***DO NOT CONSENT*** to the jurisdiction of being within the United States as described in 28
U.S.C. §3002 (15), aka as a 14th amendment citizen.

Furthermore, I do not consent to any fictious identification and claim an issue of fraud is
being constructed by this court in that my proper indenty is being converted into that of an
artificial person to gain jurisdiction by the court without proper notice given. Should this court
proceed without my consent and reply to the issue of jurisdiction on the record a criminal act is
being committed by all associated hereto this instant action.

Date: *21 March 2014*

*Robal Charles: Gilman*

**Robert-Charles: Gilman,**
American National
At the General Post Office
Crystal, non-domestic
Michigan

# Proof of Service

Now Comes, I, a living flesh and blood man with a soul, Robert-Charles: Gilman, and sets forth this Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress under TITLE 10 App. > COURTS > Rule 13. Notice of appearance of counsel, **Title 29: Labor,** PART 2200, RULES OF PROCEDURE, Subpart B – Parties and Representatives §2200.23 Appearances and withdrawals. Rule 23, Form and Style of Papers III. PLEADINGS AND MOTIONS Rule 11. Rule 11, Signing Pleadings, Motions, and Other Papers; **Representations** to the, and pursuant to, Congressional mandates of the Administrative Procedure Act 1946, 60 stat 237 to be filed and Entered with the clerk of court this document named Entry of Appearance to be filed into the district court of the United States, western district of Michigan on this 14th day of March in the year of our Lord 2014 A.D.

Date: *21 March 2014*

**Robert-Charles: Gilman,**

American National

At the General Post Office

Crystal, non-domestic

Michigan

Cc:

UNITED STATES DISTRICT COURT

JUDGE *to Chief Judges Office*

UNITED STATES ATTORNEY OFFICE

*to Lead US Attorney*



**RECEIVED - GR**
January 27, 2012 4:05 PM

Tracey Cordes, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:   JSJ

# State of Michigan



### DEPARTMENT OF STATE

## APOSTILLE

*(Convention de La Haye du 5 Octobre 1961)*

### 1. Country:      UNITED STATES OF AMERICA

**This public document**

2. *has been signed by:*      **PAMELA M JEPPESEN**

3. *acting in capacity of:*      **Michigan Notary Public**

4. *bears the seal of:*      **PAMELA M JEPPESEN**

         **MONTCALM County, Michigan**

## CERTIFIED:

5. *at* **Lansing, Michigan**      6. *the* **24th of January, 2012**

7. *by* **Secretary of State, State of Michigan**

8. *NO.* **89536-2-265600-228**

9. *Seal/Stamp:*                 10. *Signature:*

**Ruth Johnson**

This certification attests only to the authenticity of the signature of the official
who signed the affixed document, the capacity in which that official acted, and
where appropriate, the identity of the seal or stamp which the document bears.
This certification is not intended to imply that the contents of the document are
correct, nor that they have the approval of the State of Michigan.


CERTIFIED
TRUE COPY

**Archetype**

*Form: private juris-Affidavit*
*Session: one supreme Court*

## Act of State
### Reaffirmation of Standing=Rights
### And Renunciation of Attempted Expatriation from Original-Lawful-Jurisdiction

I, Robert-Charles: Gilman, Executor, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Civilian, Sovereign upon the Land within the constitutional public survey boundaries of Michigan, a Republic, of the constitutional township, Crystal, within the body of a constitutional county, Montcalm, the proper jurisdiction of the Common Law thereto do solemnly make this Reaffirmation of Standing=Rights, pursuant to my absolute freedom of religion, of an Ambassador and Subject=Citizen of the Kingdom of Heaven under its King, Christ; and an American Sovereign Citizen-Principal in good Standing and Behavior, Public Minister=Ambassador, and *dominium*-absolute owner-inhabitant=domicile in the organic united States "a more perfect union" under the Constitution for the united States for America (1776 to1791) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights. It is, at the same time that I renounce and declare void, *ab initio*, any and all De Facto-Renegade-Corporate=UNITED STATES attempts by means of fiction or otherwise, of any changes in my lawful Status to that of a Corporate=Statutory=Military=Maritime=Admiralty=Fictitious="U.S." "person", "consumer", "individual", "citizen", "subject-citizen", "plaintiff=defendant", "resident", "whoever", "taxpayer", "driver", "gun=firearm=weapon-owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate-Legislative-Military-Maritime-Admiralty-Fictitious-Democracy=UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., STATE OF MICHIGAN, COUNTY OF MONTCALM, TOWNSHIP OF CRYSTAL, ROBERT CHARLES GILMAN ESTATE, ROBERT C GILMAN ESTATE, ROBERT GILMAN ESTATE, or any variations thereof, 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, etc.. The doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice to all acting as Corporate officers, agents, proctors, etc. in both public and private capacity, whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful-civil-judicial proceedings. For the peace and safety of all Corporate officers, agents, proctors, etc., as well as myself, I have identified all my guaranteed-absolute-rights including "Life, Liberty and Pursuit of Happiness", until such time as the present De Facto-Renegade-Corporate=U.S. government can make the necessary changes to its structure-existence to assure the same. These identifications will list the International Record Serial Number=Apostille Number, as has been recognized, received, recorded, and issued by the De Facto-Renegade-Corporate=U.S. government. As this Number is the International registration, National authentication, and State certification of a Public Document of the united States for America, my Nation, as well as identification of all guaranteed-absolute properties, whether Public or Private, will and have been in my Lawful possession. Any confiscation or seizure of any kind of any of the guaranteed-absolute Private and Public properties by any of the De Facto-Renegade-Corporate officers, agents, proctors, etc. will result in damages of Ten Million Dollars of united States money, that being enumerated in Article 1, Section 8, Clause 5a as specie "gold and silver coin" in the Constitution for the united States of America (1776-1791 to Date), to be multiplied by not only the damaging party(s), but by all those acting in concert with and causes of action.

This Declaration is made absolute by the enclosed Apostille, State of Michigan and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of *Estoppel* by acquiescence, *Law of the Record* Apostille, *Moral Obligation*=peremptory mandamus, and the Divine Law, 380 U.S. 163; The Bible is law to be applied nationally; or upon the passing of a customary and reasonable time, ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail, Certified or otherwise. It will be the President's absolute ministerial duty to identify, restore and correct any and all errors, injuries, wrongs and damages at anytime applied and=or authorized to Me pursuant to Congressional demand within 15 Stat. Ch. 249. I can redefine, reverse, alter, amend, change this Act of State at any time or place I should desire, effecting my birthright treaties, chattels, loans, mortgages, relationships, taxes, government regulations, private rights held back from government(s), externalities, declaration of existing restrictions, presentments, economic liberties, research and development of rights, not limiting any other restrictions.

Date: "In the Beginning" plus six days. Announcement of Diplomatic Arrival: seventh day of the fifth month, in the year nineteen forty-four A.D. (7 May 1944).

Date: 23 January 2012          Autograph: ~~Robert Charles: Gilman~~

Me; American-Sovereign Citizen of Michigan; Christian, Private, Sentient, Civilian Absolute Sovereign Inhabitant;
united States for America: Michigan state, a republic, "within" a constitutional county and a constitutional township.

"...at the mouths of two or the mouths of three the matter is established,"
Deuteronomy 19:15

Witness: ~~Kelly Arwood~~          Witness: ~~David P. Barker~~

*Divine, Sentient, Common Law Witness*          *Divine, Sentient, common Law Witness*

---

**Archetype**

*Form: public juris-Affidavit*
*Session: one supreme Court*

### Act of State
#### Primary Signature Certification
(Convention *de* La Hague de 5 October 1961)
TIAS 10072, 33 UST 883, 572 UNTS 189, (Convention #12)

I, Robert-Charles: Gilman, Executor, do hereby certify the document enclosed to be a true, correct, complete, and not misleading under penalty of bearing false witness, this Original of the Archetype, containing the primary autograph as sealed below. This notarization is for the purpose of autograph certification only, for foreign use i.e. United States of America or=of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated 5 October 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative=judicial documents herein enclosed.

The State of Michigan
The County of Montcalm

Acknowledged and subscribed before me this 23 day of January in the year 2012.          *Sentient Citizen; Autograph*

Notary Signature=Autograph ~~Pamela M. Jeppesen~~          NOTARY SEAL
NO. 87536-2-265600-228          ~~Pamela M. Jeppesen~~
Apostille Number: exspire 10-28-14

*Reaffirmation of Standing and Renunciation of Attempted Expatriation=Act of State*


CERTIFIED TRUE COPY

STATE OF MICHIGAN,
         }ss.
County of Montcalm

I, Kristen Millard, Clerk of said County, and Clerk of the Circuit Court of the County of Montcalm, which is a Court of Record having a seal, DO HEREBY CERTIFY, that Pamela M. Jeppesen whose name is subscribed to the Certificate or proof of acknowledgment of the annexed instrument, and herein written was at the time of inking such proof of acknowledgment, a Notary Public in and for said County, duly commissioned and qualified, and duly authorized to take same. And further, that I am well acquainted with the handwriting of such Pamela M. Jeppesen and verily believe that the signature to the said Certificate or proof of acknowledgment is genuine. I further Certify, that the said instrument is executed and acknowledged according to the laws of this State.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of Said Court and County at Stanton this 23rd day of January , A.D., 2012

Kristen Millard, Montcalm County Clerk


CERTIFIED
TRUE COPY

United States District Court
Western District of Michigan
113 Federal Bldg.
315 W Allegan St
Lansing MI 48933
(517) 377-1559

**MONTCALM COUNTY TREASURER**          **NOTICE NUMBER:** DOCKET NUMBER
**LIVING SOUL  UNDISCLOSED**                              13-K-17508-A
**211 WEST MAIN STREET**
**P.O. BOX 368**                                      **NOTICE DATE:**
**STANTON,  MI 48888**

                 Wrongdoers
                 Fictitious-Foreign Plaintiff

    Vs.                                    Constitutional Article III Court
                                  Designated Judge

MARILYN TERESE TOTZKAY-GILMAN
(Government Registered Trade Name)
VILLAGE OF CRYSTAL
STATE OF MICHIGAN 48818
                 A Trust or estate and Ward of the government

marilyn-terese: totzkay-gilman
American National
c/o Postmaster
204 South Main Street
Crystal, Michigan
[near but not in 48818]
                 Intervener, Third Party of Interest, Injured party,
                 A living flesh and blood woman with a soul

                        **Entry of Appearance**
                        **As a Living Flesh and Blood Woman with a Soul**
                        **NOTICE OF NON-CONSENT**

### CHALLENGE OF JURISDICTION

**Now Comes**, I, a living flesh and blood woman with a soul, Marilyn-Terese: Totzkay-Gilman, placing an Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress: TITLE 10 App. > COURTS > Rule 13. Notice of appearance of counsel, **Title 29: Labor,** PART 2200, RULES OF PROCEDURE, Subpart B – Parties and Representatives § 2200.23 Appearances and withdrawals Rule 23, Form and Style of Papers III. PLEADINGS AND MOTIONS Rule 11. Rule 11, Signing Pleadings, Motions, and Other Papers; **Representations** to the, and pursuant to, Congressional mandates of the Administrative Procedure Act 1946, 60 stat 237.

I, Marilyn-Terese: Totzkay-Gilman, hereby file Entry Of Appearance as 6th Amendment counsel on this date **14 March, 2014** in this action to be a legal counsel and adviser and to represent the named party, **a living woman with a soul and appellation of Marilyn-Terese: Totzkay-Gilman,** pursuant to the United States Constitution, 6th Amendment and pursuant to Title 28 USC, Judiciary and judicial procedures, App. Rule 17 under civil rules of procedure and federal Rules of Civil Procedure as a party of interest and as a next friend.

Whereas the named party, **Marilyn-Terese: Totzkay-Gilman,** in this case, lacks confidence in any attorney as said attorneys represent the State and or Federal government as member of the Bar Association and as such members' first obligation is to represent the State and or Federal governments best interest and not the client's best interest, the named party, **Marilyn-Terese: Totzkay-Gilman,** in this case, to act as 6th Amendment counsel in this action on HIS own behalf.

As Congressional mandate created the Federal Bar under 36 USC chapter 705 as a "Corporation" and under section 70503 of this Title 36 chapter 705 to refuse my Entry of Appearance as a 6th Amendment counsel to **Marilyn-Terese: Totzkay-Gilman,** would be an intentional act to over throw the United States Government and the Constitution and would violate Title 36 chapter 705 section 70503.

As the ATF, INTERNAL REVENUE SERVICE is a *quasi* Federal Agency or a ***State Agency*** under Title 5 USC, Administrative Procedure Act, under 60 stat 237 this allows **Marilyn-Terese: Totzkay-Gilman,** to act as counsel in any and all administrative hearing as the United States Attorneys holds a Federal Bar Card to the Corporation under 36 USC, chapter 705,

and the ATF and the INTERNAL REVENUE SERVICE and the **State Agency** is a *quasi* Federal Administrative Agency receiving federal funds by and through the United States Congress.

By the fact of there being two possible jurisdictions, I, **Marilyn-Terese: Totzkay-Gilman,** *DO NOT CONSENT* to the jurisdiction of being within the United States as described in 28 U.S.C. §3002 (15) aka as a 14th amendment citizen.

Furthermore, I do not consent to any fictious identification and claim an issue of fraud is being constructed by this court in that my proper indenty is being converted into that of an artificial person to gain jurisdiction by the court without proper notice given. Should this court proceed without my consent and reply to the issue of jurisdiction on the record a criminal act is being committed by all associated hereto this instant action.

Date: March 21, 2014

**Marilyn-Terese: Totzkay-Gilman**

American National
At the General Post Office
Crystal, non-domestic
Michigan

# Proof of Service

Now Comes, I, a living flesh and blood woman with a soul, Marilyn-Terese: Totzkay-Gilman, and sets forth this Entry of Appearance under the following and pursuant to Congressional mandates of the United States Congress under TITLE 10 App. > COURTS > Rule 13. Notice of appearance of counsel, **Title 29: Labor,** PART 2200, RULES OF PROCEDURE, Subpart B – Parties and Representatives §2200.23 Appearances and withdrawals. Rule 23, Form and Style of Papers III. PLEADINGS AND MOTIONS Rule 11. Rule 11, Signing Pleadings, Motions, and Other Papers; **Representations** to the, and pursuant to, Congressional mandates of the Administrative Procedure Act 1946, 60 stat 237 to be filed and Entered with the clerk of court this document named Entry of Appearance to be filed into the district court of the United States, western district of Michigan on this 14th day of March in the year of our Lord 2014 A.D.

Date: *March 21, 2014*

**Marilyn-Terese: Totzkay-Gilman,**

American National
At the General Post Office
Crystal, non-domestic
Michigan

Cc:

UNITED STATES DISTRICT COURT

JUDGE *& Chief Judges Office*

UNITED STATES ATTORNEY OFFICE

*& Lead US Attorney*

**RECEIVED - GR**

January 27, 2012 4:03 PM

Tracey Cordes, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:  JSJ

# State of Michigan



### DEPARTMENT OF STATE

## APOSTILLE

*(Convention de La Haye du 5 Octobre 1961)*

**1. Country:**  **UNITED STATES OF AMERICA**

***This public document***

**2. has been signed by:**  **PAMELA M JEPPESEN**

**3. acting in capacity of:**  **Michigan Notary Public**

**4. bears the seal of:**  **PAMELA M JEPPESEN**

**MONTCALM County, Michigan**

## CERTIFIED:

**5. at** Lansing, Michigan     **6. the** 24th of January, 2012

**7. by** Secretary of State, State of Michigan

**8. NO.** 89536-2-265601-228

**9. Seal/Stamp:**     **10. Signature:**

*Ruth A. Johnson*

**Ruth Johnson**

This certification attests only to the authenticity of the signature of the official
who signed the affixed document, the capacity in which that official acted, and
where appropriate, the identity of the seal or stamp which the document bears.
This certification is not intended to imply that the contents of the document are
correct, nor that they have the approval of the State of Michigan.



**Archetype**

*Form: publici juris-Affidavit*
*Session: one supreme Court*

### Act of State
### Reaffirmation of Standing=Rights
### And Renunciation of Attempted Expatriation from Original-Lawful-Jurisdiction

I, Marilyn-Terese: Totzkay-Gilman, Executrix, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Civilian, Sovereign upon the Land within the constitutional public survey boundaries of Michigan, a Republic, of the constitutional township, Crystal, within the body of a constitutional county, Montcalm, the proper jurisdiction of the Common Law thereto do solemnly make this Reaffirmation of Standing=Rights, pursuant to my absolute freedom of religion, of an Ambassador and Subject=Citizen of the Kingdom of Heaven under its King, Christ; and an American Sovereign Citizen-Principal in good Standing and Behavior, Public Minister=Ambassador, and *dominium*-absolute owner-inhabitant=domicile in the organic united States "a more perfect union" under the Constitution for the united States for America (1776 to1791) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights. It is, at the same time that I renounce and declare void, *ab initio*, any and all De Facto-Renegade-Corporate=UNITED STATES attempts by means of fiction or otherwise, of any changes in my lawful Status to that of a Corporate=Statutory=Military=Maritime=Admiralty=Fictitious="U.S." "person", "consumer", "individual", "citizen", "subject-citizen", "plaintiff=defendant", "resident", "whoever", "taxpayer", "driver", "gun=firearm=weapon-owner", "debtor", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate-Legislative-Military-Maritime-Admiralty-Fictitious-Democracy=UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., STATE OF MICHIGAN, COUNTY OF MONTCALM, TOWNSHIP OF CRYSTAL, MARILYN TERESE TOTZKAY ESTATE, MARILYN T TOTZKAY ESTATE, MARILYN TOTZKAY ESTATE, MARILYN TERESE TOTZKAY-GILMAN ESTATE or any variations thereof, 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, etc.. The doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice to all acting as Corporate officers, agents, proctors, etc. in both public and private capacity, whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful-civil-judicial proceedings. For the peace and safety of all Corporate officers, agents, proctors, etc., as well as myself, I have identified all my guaranteed-absolute-rights including "Life, Liberty and Pursuit of Happiness", until such time as the present De Facto-Renegade-Corporate=U.S. government can make the necessary changes to its structure-existence to ensure the same. These identifications will list the International Record Serial Number=Apostille Number, as has been recognized, received, recorded, and issued by the De Facto-Renegade-Corporate=U.S. government.  As this Number is the International registration, National authentication, and State certification of a Public Document of the united States for America, my Nation, as well as identification of all guaranteed-absolute properties, whether Public or Private, will and have been in my Lawful possession. Any confiscation or seizure of any kind of any of the guaranteed-absolute Private and Public properties by any of the De Facto-Renegade-Corporate officers, agents, proctors, etc. will result in damages of Ten Million Dollars of united States money, that being enumerated in Article 1, Section 8, Clause 5a as specie "gold and silver coin" in the Constitution for the united States of America (1776-1791 to Date), to be multiplied by not only the damaging party(s), but by all those acting in concert with and causes of action.

This Declaration is made absolute by the enclosed Apostille, State of Michigan and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of *Estoppel* by acquiescence, *Law of the Record* Apostille, *Moral Obligation*=peremptory mandamus, and the Divine Law, 380 U.S. 163; The Bible is law to be applied nationally; or upon the passing of a customary and reasonable time, ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail, Certified or otherwise. It will be the President's absolute ministerial duty to identify, restore and correct any and all errors, injuries, wrongs and damages at anytime applied and=or authorized to Me pursuant to Congressional demand with 15 Stat. Ch. 249. I can redefine, reverse, alter, amend, change this Act of State at any time or place I should desire, effecting my birthright treaties, chattels, loans, mortgages, relationships, taxes, government regulations, private rights held back from government(s), externalities, declaration of existing restrictions, presentments, economic liberties, research and development of rights, not limiting any other restrictions.

Date: "In the Beginning" plus six days.  Announcement of Diplomatic Arrival: thirteenth day of the twelfth month, in the year nineteen fifty-seven A.D. (13 December 1957)

Date: *January 23, 2012*                    Autograph: *Marilyn Terese : Totzkay Gilman*

Me; American-Sovereign Citizen of Michigan; Christian, Private, Sentient, Civilian Absolute Sovereign Inhabitant;
united States for America: Michigan state, a republic, "within" a constitutional county and a constitutional township.

"...at the mouths of two or the mouths of three the matter is established."
**Deuteronomy 19:15**

Witness: *Kelly Arwood*                    Witness: *David P. Barker*
*Divine, Sentient, Common Law Witness*         *Divine, Sentient, common Law Witness*

---

**Archetype**

*Form: public juris-Affidavit*
*Session: one supreme Court*

### Act of State
### Primary Signature Certification
(Convention de La Haque de 5 October 1961)
TIAS 10072, 33 UST 883, 572 UNTS 189, (Convention #12)

I, Marilyn-Terese: Totzkay-Gilman, Executrix, do hereby certify the document enclosed to be a true, correct, complete, and not misleading under penalty of bearing false witness, this Original of the Archetype, containing the primary autograph as sealed below. This notarization is for the purpose of autograph certification only, for foreign use i.e. United States of America or=of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated 5 October 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative=judicial documents herein enclosed.

The State of Michigan    )
The County of Montcalm    )

Sentient Citizen; Autograph

Acknowledged and subscribed before me this *23* day of *January* in the year 2012.

Notary Signature=Autograph *Pamela M. Veppeen*
No. 89536-2-265608-
Apostille Number: *Expire 10-23-14 Pamela M. Veppeen*

NOTARY SEAL

Reaffirmation of Standing and Renunciation of Attempted Expatriation=Act of State



STATE OF MICHIGAN,
}ss.
County of Montcalm

I, Kristen Millard, Clerk of said County, and Clerk of the Circuit Court of the County of Montcalm, which is a Court of Record having a seal, DO HEREBY CERTIFY, that Pamela M. Jeppesen whose name is subscribed to the Certificate or proof of acknowledgment of the annexed instrument, and herein written was at the time of inking such proof of acknowledgment, a Notary Public in and for said County, duly commissioned and qualified, and duly authorized to take same. And further, that I am well acquainted with the handwriting of such Pamela M. Jeppesen and verily believe that the signature to the said Certificate or proof of acknowledgment is genuine. I further Certify, that the said instrument is executed and acknowledged according to the laws of this State.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of Said Court and County at Stanton this 23rd day of January , A.D., 2012

Kristen Millard, Montcalm County Clerk


CERTIFIED TRUE COPY

UNITED STATES DISTRICT COURT
Western District of the State of Michigan
113 Federal Bldg.
315 W Allegan St
Lansing, Michigan 48933
(517) 377-1559

File Number,

We THE People of the State of Michigan, ex rel.
Robert Charles: Gilman
American National
Marilyn Terese: Totzkay-Gilman
American National
Grantee(s), Claimant(s)

Vs

Montcalm County d.b.a.: MONTCALM COUNTY, COUNTY OF MONTCALM DUNS -
095948345 and EIN 386004874; JOANNE VUKIN d.b.a., MONTCALM COUNTY
TREASURER, MONTCALM COUNTY CIRCUIT COURT including JUDGE SUZANNE
HOSETH KREEGER, et. al., THEODORE SEITZ, P-60320, ATTORNEY AT LAW, and
MONTCALM COUNTY CIRCUIT COURT DOCKET NUMBER 13-K-17508-AA; STATE OF
MICHIGAN DUNS #054698428, MICHIGAN STATE BAR DUNS #087749883.
Grantor(s), Respondents

**Statement of the Law**

**Statement of Summary**

**Conclusion**

## Statement of Law:

-CITE-

31 USC §3124, 01/06/97

-EXEMPTION-

TITLE 31 - MONEY AND FINANCE

SUBTITLE III - FINANCIAL MANAGEMENT

CHAPTER 31 - PUBLIC DEBT

SUBCHAPTER II - ADMINISTRATIVE

Sec. 3124. Exemption from taxation

-STATUTE-

(a)     Stocks and obligations of the United States Government are exempt from taxation by a
        State or political subdivision of a State.  The exemption applies to each form of taxation
        that would require the obligation, the interest on the obligation, or both, to be considered
        in computing a tax, except -
        (1)     a nondiscriminatory franchise tax or another non-property tax instead of a
                Franchise tax, imposed on a corporation; and
        (2)     an estate or inheritance tax.
(b)     The tax status of interest on obligations and dividends, earnings, or other income from
evidences of ownership issued by the Government or an agency and the tax treatment of gain and
loss from the disposition of those obligations and evidences of ownership is decided under the
Internal Revenue Code of 1986 (26 U.S.C. 1 et seq.). An obligation that the Federal Housing
Administration had agreed, under a contract made before March 1, 1941, to issue at a future date,
has the tax exemption privileges provided by the authorizing law at the time of the contract.  This
subsection does not apply to obligations and evidences of ownership issued by the District of
Columbia, a territory or possession of the United States, or a department, agency, instrumentality,
or political subdivision of the District, territory, or possession.

-SOURCE-

(Pub.  L. 97-258, Sept. 13, 1982, 96 Stat. 945; Pub.  L. 99-514, Sec. 2, Oct. 22, 1986, 100 Stat.
2095.) -misc.-
Historical and Revision Notes
Revised Section Source (U.S. Code) Source (Statutes at Large)
        3124(a)         31:742.         R.S. Sec. 3701; Sept. 22, 1959,
                        Pub. L. 86-346,
                        Sec. 105(a), 73

Stat. 622.
3124(b)
31:742a, Feb. 19, 1941, Ch.
7, Sec. 4, 55 Stat.
9; Mar. 28, 1942,
Ch. 205, Sec. 6, 56
Stat. 190; restated
June 25, 1947, Ch.
147, 61 Stat. 180;
Sept. 22, 1959,
Pub. L. 86-346,
See. 202, 73 Stat. 624.

In subsection (a), before clause (1), the words "Except as otherwise provided by law, all bonds, Treasury notes, and other" are omitted as surplus. The words "political subdivision of a State" is substituted for "municipal or local authority" for clarity and consistency. The word "applies" is substituted for "extends" for clarity. The words "directly or indirectly" are omitted as surplus. In clause (1), the word "instead" is substituted for "in lieu" for clarity.

In subsection (b), the words "shares, certificates, stock, or other" and "sale or other" are omitted as surplus. The words "The tax status of . . . and the tax treatment of . . . is decided under the Internal Revenue Code of 1954 (26 U.S.C. 1 et seq.)" are substituted for "shall not have any exemption, as such . . . shall not have any special treatment, as such, except as provided under the Internal Revenue Code of 1954" for clarity. The words "on or after March 28, 1942" and 31:742a (a) (1st sentence words after semicolon related to the United States Maritime Commission) are omitted as executed. The last sentence is substituted for 31:742a (a)(last sentence) for clarity. The words "any political subdivision thereof" are omitted as included in "agency or instrumentality". The text of 31:742a(b) and (c) is omitted as unnecessary.

AMENDMENTS
1986 - Subsec. (b). Pub. L. 99-514 substituted "Internal Revenue Code of 198611 for "Internal Revenue Code of 1954".

-SECTION REFERRENCE-
SECTION REFERRED TO IN OTHER SECTIONS, This section is referred to in title 12 sections 1441, 1441b, 2023, 2079, 2098; title 20 §1087-2.

LOOK UP TITLE 31 §742;
In current U.S. Code books it will be totally GONE, taken out, you will not find Title 31 §742 because of a case in 1984 called *PEOPLE OF THE STATE OF MICHIGAN vs. FREDERICK L. SHEPHARD IN LANSING MICHIGAN*. After that case they (Attorney's, Judges in particular and politicians, government people) ***went in all the Law Books and removed Title 31 §742 because this cite took away all taxing powers of every state in the union in FACT!***

TITLE 31 §742 READ AS FOLLOWS;

*Except as otherwise provided by LAW ALL stocks, bonds, treasury notes, or ANY OTHER OBLIGATIONS OF THE UNITED STATES GOVERNMENT are exempt from STATE, OR LOCAL MUNICIPALITIES TAXATION. THAT THIS EXEMPTION EXTENDS TO EVERY FORM OF TAXATION, which either directly or indirectly is used in the figuring or computation of that TAX.*

TITLE 12 §411;

Clearly states that Federal Reserve Notes are in FACT OBLIGATIONS of the UNITED STATES as defined in Title 12 §3002 (15) so those federal reserve notes would in fact be EXCLUDABLE as EXEMPTED IN EITHER A DIRECT TAX OR INDIRECT FIGURING of any TAX by any STATE OR LOCAL MUNICIPALITY;

### *THIS INCLUDES STATE OR LOCAL PROPERTY TAXES.*

State and local property taxes are figured by taking the approximate value of any property, and compared to three comparable properties of similar description and size and figuring a value based on "Federal Reserve Notes" which are intentionally and purposely and erroneously referred to as 'DOLLARS' with the symbol of $$$ or $$$ paper dollars." The term "dollars" is the definition of a unit of measurement of Silver or Gold at a certain purification and grain and fineness. This is a clear indication of the FRAUD the government is perpetrating on the people. By this definition it is clear that the people are having their energy their labor extorted from them since this definition points to a "substance backed" currency and not Fiat "chose-in-action."

There being no such thing as $$$ paper dollars for "a dollar $$$ being a unit of measure for silver or gold substance the Federal Reserve Notes is nothing more than a Fraud plain and simple.

Any state or local government figuring a certain amount of these "PAPER FEDERAL RESERVE NOTES" represent the value of our property then the same state of local government does an ad valorem figuring, to give the people the illusion that they are trying to be fair and this is a real honest configuration value for our property. The state and local municipality now does the old two-step shuffle, with the intention of confusing the average man and woman, who probably didn't do well in math class and the state or local municipality now takes half of the full value "guestimated" and divides it in half and then multiplies that figure by so many interest points. Which of course were all voted upon at the last election by a vote on the people, Right? Now our property tax is this amount for the right to live and use our own property that the state has registered as a "place in commerce" by devise. Should you decline to pay this amount after two or three years, according to the "statute, which is not law" allows the state or local municipality to file liens and seize our actual property in a tax sale. THIS IS FRAUD AND GRAND THEFT IN FACT AND IN LAW!

The state or local municipality sends out the TAX ASSESSOR who has letters to go out and study property and assess the value thereof! He/She looks at your property and says it is valued at say a $100,000.00 dollars $$$, remember there are NO DOLLARS because there is no

gold or silver substance backed currency in circulation only Federal Reserve Notes, i.e. Fiat paper. This currency=money=legal tender which are FRAUDULENTLY RE-PRESENTED by the term "dollars!" This is where the FRAUD gets real thick, look up TITLE 31 U.S.C. §742 in a repository library or some county court library in the "outback."

Also remember the United States Supreme Court in 1984 came down with a ruling called "Memphis Bank and Trust Vs. The State of Tennessee Et al, Garner who was the secretary of state for the State of Tennessee at the time file the action to protect Tennessee bonds. This diversity case involving Federal Bonds Vs The State of Tennessee Municipal Bonds, which the State of Tennessee was giving preferential tax considerations and extra benefits to get people to invest in the State of Tennessee Bonds over Federal U.S. Bonds and the federal government got into the suit because of the laws forbidding the preferential treatment or superior tax sheltering of the State of Tennessee bonds over Federal U.S. Bonds which was includable in discriminatory franchise.

The United States Supreme Court upheld TITLE 31 USC. §742 as the "supreme law of the land." This means it is totally un-collaterally attackable by any person or agency whether state or local trying to say TILE 31 USC §742 is not the "supreme law of the land," *__because the U.S.__* *__Supreme Court has rule it is the "supreme law of the land" and sets the precedent by Stare__* *__Decisis. This is the absolute law and it is TITLE 31 USC §742.__*

After the Frederick L. Shepard case in 1984 in Lansing Michigan the states and local municipalities know they have no authority to tax privately held property and commenced an ongoing action of FRAUD by tricking and trapping the people through trickery and devise. In the middle of the night the corrupt legal industry and political office holders moved the entire §742 to the back of the code book never telling the public whether §742 had been repealed or revised and moved to §3124 of TITLE 31 or to the back of the book without "notice" given at the place where §742 was previously located. This action was done on purpose to keep the people from finding the §742 to support the people's argument against taxation of their land and property.

The legal industry and politicians did not want us to find this absolute law of the land. This was a blatant act of FRAUD by silence. This decision could not be overturned, it could not be repealed without complete oversight therefore TITLE 31 USC §742 stands as the *__"supreme__* *__law of the land."__*

The removal of TITLE 31 USC §742 and placing it in the back of the book at §3124, where they suspected that nobody would ever find and cite TITLE 31 USC §742 ever again was an intentional act of deceit which is again FRAUD on the people and FRAUD ON THE COURT. We the people know there is a standard note to be placed at any removed part of TITLE 31 USC §742 which would state "this §742 has been repealed or otherwise revised or … removed and placed at TITLE 31 USC §3124 for reference" just in case you wish to study this section it is now located at §3124.

FRAUD is defined in BLACK'S LAW DICTIONARY 6th Edition on page 660
> "An intentional perversion of truth for the purpose of inducing another in reliance upon
> it to part with some valuable thing belonging to him or to surrender a legal right.

A false representation of a matter of fact, whether by words or conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury.

Anything calculated to deceive, whether by a single act or combination, or by the suppression of truth, or by suggestion of what is false, whether it be by direct falsehood or innuendo, by speech of silence, word of mouth, or look, or gesture.

Delanty v. First Pennsylvania Bank, N.A., 318 Pa. Supra. 90, 464 A. 2nd 1243, 1251.
    A generic term, embracing all multifarious means, which human ingenuity can devise, and which are resorted to by one Individual to get advantage over another by false suggestions or by suppression of truth, and includes all surprise, trick, cunning, dissembling, and UNFAIR way by which another is cheated.

Johnson v. McDonald, 170 Okl. 117, 39 P.2nd 150;
    "BAD FAITH" and "FRAUD" are
    synonymous, and also synonyms of dishonesty, infidelity, faithlessness, unfairness, etc."

We wish to point out that this explanation applies fully to our case to date. We further wish to express our serious and sincere CONSTRUCTIVE OBJECTIONS to the Arbitrary and Capricious manner in which our Administrative Hearing has been handled to date by those who are sworn on SACRED OATH to protect our rights, property and interests from such actions and travesty of Justice.

We are the beneficiary of "THE CONTRACT" between the Government and its great PEOPLE as we are one of "THE PEOPLE," see BYARS vs. UNITED STATES 273 U.S. 28 and 16th American Juris Prudence 2nd §97, which held "the Constitution shall be liberally interpreted to include every word, phrase, and syllable, in favor of the clearly intended and expressly designated "BENEFICIARY THE CITIZEN" for the protection of RIGHTS AND PROPERTY. OUR PROPERTY HAS NOT BEEN PROTECTED IT HAS BEEN STOLEN ON A TAKING BY AN UNCONSTITUTIONAL TAKING BY A GOVERNMENT BODY POLITIC, WHO IS CLEARLY OUT OF CONTROL.

OUR LAWFULLY OWNED PROPERTY IN EVERY ASPECT is beyond these nefarious revenue schemes and these state and local agents have extorted our rightful position by paper filings under *color-of-law* in clear violation of 18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 and at this time we enter this Violation Warning—. All WE ARE trying to do is get a fair and impartial hearing on the merits of our just complaints. WHAT DO THE GOVERNMENT AGENTS HAVE TO FEAR GIVING US THAT FAIR HEARING? Now WE honestly feel that the GOVERNMENT AGENTS and the Michigan Courts have perpetrated a FRAUD IN FACT AND IN LAW upon us and our lawfully owned property to our great injury. Then knowingly continue the FRAUD when WE seek redress in the MICHIGAN COURTS for this injury. Because WE dare to seek Justice and the protection of OUR Constitutional Rights and land=property against these FRAUDULENT OUT OF CONTROL GOVERNMENT AGENTS,

who have repetitively sought to injure or DEFRAUD these citizen members of the PEOPLE IN FACT AND IN LAW on so many occasions that it is Criminal NEGLECT of their sworn DUTY... RES ipsa loquitur. WITH EXCLUSIVE CONTROL and clearly these PROTECTORS knew or are knowledgeable of exactly what they are doing or they clearly should know and these GOVERNMENT AGENTS deliberately do the deed or injury ANY...WAY AND TO HELL WITH THE LAW OR OUR CONSTITUTIONAL RIGHTS! THIS IS A STONE COLD FACT! IT IS ABSOLUTE TREASON OR AN ATTEMPTED OVER THROW OF OUR LAWFULL GOVERNMENT! HOW COULD IT BE CATEGORIZED ANY OTHER WAY?

Now WE give OUR ***CONSTRUCTIVE NOTICE OF OBJECTIONS*** to this arbitrary and capricious deliberate administrative abuse of process and also give OUR FORMAL NOTICE OF LIS PENDENS & COMMERCIAL LIEN BY WRIT OF ATTACHMENT. WE INTEND TO COLLECT FOR OUR INJURIES and name every party known and unknown as come to our awareness for their unlawfull or criminal acts and deeds to injure US.

LET ALL PARTIES TAKE JUST NOTICE OF THIS FACT!!

These so-called OFFICERS OF THE COURT AND LAW, all long schooled in the art and practice of LAW, have willfully, maliciously, intentionally, and wantonly and deliberately injured us. They have induced us by devise to our injury or irreparable harm. Using specie of misinformation, disinformation, or a SPECIE OF SILENCE, wherein they have used all manner of **colorable officialdom** to make false and FRAUDULENT CLAIMS AND ACTIONS against us. These actions are against us personally or against our lawfully owned land=property, which is a total violation of the "LAW OF THE LAND!" These GOVERNMENT AGENTS knew exactly what was being done and by whom!!

See U.S. vs. Prudden 424 F2d 1021, and U.S. vs. TWEEL, 550 F2d 297 AT 299-300, "THESE CASES HELD" silence can only be equated with FRAUD when there is a legal and moral duty to speak the TRUTH or when an **inquiry left unanswered** would be intentionally misleading to the injury of the parties."

FURTHER...in Re: Dunahay vs. Struik, 393 P 2d 930, (1964) 96 Arizona 246, which case held..." FRAUD may be committed by a failure to speak when the DUTY, (RES ipsa loquitur, with exclusive control), *(emphasis added)* of speaking is imposed."

FURTHER...In Re: Batty vs. Arizona State Dental Board, 112 2d 870, 57 Arizona 239 (1941 case), which held..."FRAUD may be committed by a failure to speak when the DUTY of speaking is imposed as much as by speaking falsely."

FURTHER ... In Re: State vs. Coddington, 662 P 2d 115, 113 Arizona 480, Arizona App. (1983 case) which case held ..."WHEN one conveys a false impression by disclosure of some facts and the concealment of others, such concealment is in effect a false and FRAUDULENT REPRESENTATION that what is disclosed is the whole truth and nothing but the truth." "Suppression of a material fact which a party is bound in good faith to disclose is equivalent to a false or FRAUDULENT REPRESENTATION, thereby inducing us to our great injury, please see Leigh vs. Loyd, 224 P 2d 356, Arizona 84 (1954 case) and further see "WHEN one conveys

a false impression by disclosure of some facts and the holding back of other facts FRAUD OR DECEIT may arise from silence where the DUTY TO SPEAK THE TRUTH, as well as prohibition from speaking an UNTRUTH existed under the LAW." ALSO SEE, Morrison vs. Acton, 198 P 2d 590, 68 Arizona 27 , (1948 case), which also supports Leigh v. Loyd SUPRA.

In short these cases go on, and on, and on, so ANY PARTY could be given sufficient NOTICE OR WARNING of activity which would or could be FRAUDULENT and books and books of considerable collections at LAW LIBRARIES speak volumes to this very SUBJECT! Clearly the GOVERNMENT AGENTS knew or should have known what they were doing to injure us was wrong, FRAUDULENT, AND UNLAWFUL IN FACT. Now when such activities of misinformation or disinformation or specie of silence, who's clear purpose it is to misinform, or dis-inform a party in interest of real facts and Lawfull Rights then FRAUD HAS CLEARLY BEEN DONE! Especially if a party has relied in GOOD FAITH on such reliance to their very great injury, then clear UNLAWFUL, INSTITUTIONAL BAD FAITH HAS IN FACT OCCURRED AND THE GOVERNMENT ENTITY, WHO PARTICIPATE IN SUCH ACTIVITY KNOWINGLY AND WILLFULLY IS IN BREACH OF THEIR ORIGINAL CIVIC PURPOSE TRUSTEESHIP THEY WERE IN FACT CREATED TO PROTECT AGAINST! THIS IS A BREACH OF FAITH SUBJECTING THE OFFENDING PARTY TO "QUO WARRANTO" OF THEIR INTENDED GOVERNMENTAL ENFRANCHISED POWER OR RIGHTS. They were originally created under their Corporate CHARTER pursuant to Public Acts 231 of the Public Acts, HOME RULE, OR CHARTER, for ALL GOVERNMENT ENTITIES and that is fact.

We claim FRAUD and we timely object to all the Fraud in this case and fore warn the parties that legal action is eminent and will be commenced very shortly if this matter is not timely repaired in total to our complete satisfaction.

NOTICE IS FAIRLY GIVEN.

It is all fraud and fraud voids the most sacred contract, see United States Vs. Twell, 550 U.S. 297, 298 - 300 Fraud voids the most sacred contract. We said it twice so everybody will surely get the idea and it also cancels any obligation to be a party to Fraud. We cannot be COMPELLED to commit a criminal act and fraud is a criminal act!

It is clearly recorded in the Memphis Bank and Trust Vs. State of Tennessee, 459 U.S. 392, Supra, or as stated in TITLE 31 §3124 you clearly know that the taxing of obligations of the United States or the figuring of any Tax, directly or indirectly with obligations or the interest there on being used, in any way, directly or indirectly, in the computation of the tax is 100% UNLAWFULL and in this case it is now proven that this was done by fraud as a matter-of-fact! Any such unlawfull fraudulent act THAT is blatant FRAUD is FRAUD-IN-FACT!

## Summary;

The MONTCALM COUNTY INC. by thru the COUNTY TREASURER JOANNE VUKIN, DUNS #095948345, EIN #386004874 and STATE OF MICHIGAN INC. DUNS #054698428 have failed to answer an Express Administrative Hearing (EAH) served upon them

as actors in concert and by extension. The EAH, filed and received by COUNTY TREASURER on 30 January 2012 has remained unanswered placing the COUNTY OF MONTCALM and the STATE OF MICHIGAN in default!

## Conclusion;

It is the position of Claimants that the execution of a Lis Pendens and a Commercial Lien by Writ of Attachment be filed and the defaulting agency=corporations be foreclosed upon and collections to commence in thirty (30) calendar days. The time to correct the error and place the liability upon all actors equally, jointly and severally has far exceeded all rules of EAH protocols and format.

Any and all actors identified in subsequent communications are joined to this action upon identifying them as if they were identified at the beginning of this cause of action.

Date: 21 March 2014

We THE People of the State of Michigan, ex rel.

Autograph:

Appellation: Robert Charles: Gilman, sui juris, A.R.

American National

Autograph:

Appellation: Marilyn Terese: Totzkay-Gilman, sui juris, A.R.

American National

RECEIVED

JAN 1 0 2014

MONTCALM COUNTY
TREASURER

# Tax Bill Refusal Letter

DATE: 10 January 2014

Robert-Charles: Gilman
Marilyn-Terese: Totzkay-Gilman
c/o Post Master
c/o Box 92, 214 South Main Street
Crystal; near [48818]
Michigan state
NON-DOMESTIC

COUNTY TREASURER MONTCALM COUNTY, STANTON, MICHIGAN

MS. JOANNE VUKIN, dba, MONTCALM COUNTY TREASURER,

ON 26 JULY 2004 AT LIBER 1190, PAGE 1137 AND ON 12 JULY 2007 AT LIBER 1369, PAGE 0095, WE RECORDED DECLARATIONS OF LAND PATENT or GRANT WITH THE REGISTER OF DEEDS OFFICE AS PATENT OR GRANT #17267 SEE ENCLOSED EXHIBIT "A" AND "B."

RECENTLY, WE RECEIVED A TAX BILL FOR THE AMOUNT OF $2,777.39 and $948.78 = $3,726.17 IN TOTAL. SEE ENCLOSED EHIBIT "C" AND "D."

THIS MUST BE A ***MISTAKE***. OUR DECLARATION OF LAND PATENT IS SUPERIOR **TITLE** TO THAT HELD BY THE STATE OF MICHIGAN AND MONTCALM COUNTY. THIS HAS BEEN LONG SETTLED DOCTERINE BY THE SUPREME COURT OF THE U.S. OF AMERICA AND THE SUPREME COURT OF MICHIGAN, THIS INCLUDES AN OPINION BY MICHIGAN ATTORNEY GENERAL FRANK KELLY. SEE ENCLOSED EXHIBIT "E".

"THAT THE PATENT CARRIES THE FEE AND IS THE BEST TITLE KNOWN TO A COURT OF LAW IS THE SETTLED DOCTRINE OF THE COURT."

MARSHALL vs. LADD. 74 U.S. 106.

"A PATENT IS THE HIGHEST EVIDENCE OF TITLE, AND IS CONCLUSIVE, AGAINST THE GOVERNMENT AND ALL CLAIMING UNDER JUNIOR TITLE, UNTIL IT IS SET ASIDE OR ANNULLED BY SOME JUDICIAL TRIBUNAL."

STONE vs. US. 67 US. 765.

"ISSUANCE OF A GOVERNMENT PATENT GRANTING TITLE TO LAND IS 'THE MOST ACCREDITED TYPE OF CONVEYANCE KNOWN TO OUR LAW"

US. vs. CREEK NATION. 295 US. 103.111.
US. vs. CHEROKEE NATION 474 F.2d 628. 634

.



LAND CANNOT BE TAXED IF A LAND PATENT IS CURRENT AND THAT DOCTRINE HAS BEEN SETTLED FOR OVER 200 YEARS. WE ARE NOT TENANTS. WE HEREBY REVOKE YOUR AUTHORITY AND POWER OF ATTORNEY BY THE WITHDRAWAL OF OUR CONSENT FOR YOU AND THE STATE OF MICHIGAN TO TAX US BASED UPON THE VALUE OF OUR LAND.

LOOK INTO THIS MATTER IMMEDIATELY, AS FAILURE TO WITHDRAW ALL ATTEMPTS TO COERCE OUR COMPLIANCE, ACQUESENCE OR CONSENT MAKES YOU AND ALL OTHERS KNOWN AND UNKNOWN AT THIS TIME CULPABLE.

ALL RIGHTS RESERVED WITHOUT PREJUDICE UCC 1-308 and 207

CORDIALLY,

Robert-Charles: Gilman





STATE OF MICHIGAN - MONTCALM COUNTY
RECORDED
07/27/2004 11:37:46 AM
LORI A. WILSON, REGISTER OF DEEDS

LIBER 1190    PAGE 1137

# DECLARATION
# OF LAND PATENT

Patent or Grant No. ___17267___

KNOW ALL MEN BY THESE PRESENTS: that <u>Robert Charles, Gilman</u> and <u>Marilyn Terese, Totzkay- Gilman</u> do severally certify and declare that We bring up this Land Patent in our names. The following described REAL ESTATE so sought to be PATENTED, and legally described and referenced under PATENT/GRANT No. listed above is: the following described premises situated in the Township of Crystal, County of Montcalm and State of Michigan: The home and land at 6887 East Holland Lake Road, Crystal: Part of the Southeast ¼ of the Southeast ¼, beginning 430 feet West of the Southeast corner thereof; thence North 500 feet; West 270 feet; South 500 feet; East 270 feet to the point of beginning, Section 19, Town 10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, PP#59-005-019-015-10

and it is the only way a perfect, paramount, and allodial (fee simple) title can be had in our names.

Dated this __26th__ day of __July__, A.D. 20 04.

_____
Robert Charles, Gilman

_____
Marilyn Terese, Totzkay-Gilman

**Witness Number One (1)**

__Melinda Jensen__, Signature, _Melinda K. Jensen_. Date: __7/26/04__
**Print Name**

**Witness Number Two (2)**

**STATE OF MICHIGAN** )
                      )
**County of Montcalm** )

I, __Kelly A. Arwood__
a Notary Public, and for said County and State
aforesaid, DO HEREBY CERTIFY that
Robert Charles, Gilman
Marilyn Terese, Totzkay-Gilman
personally known to me to be the same persons
has subscribed to the foregoing instrument.

Given under my hand and Official Seal, this 26th  day of  July , A.D. 2004.

_____
Notary Public Kelly A. Arwood
Montcalm Co., MI  exp. 6/17/07

Drafted By: Robert Charles, Gilman
            6887 E. Holland Lake Road
            Box 92
            Crystal, MI 48818-0092

*EXHIBIT "A"*



CERTIFIED TRUE COPY



LIBER 1369    PAGE 0095    1

STATE OF MICHIGAN - MONTCALM COUNTY
RECORDED
07/12/2007 03:50:25 PM
LORI A. WILSON, REGISTER OF DEEDS

RECEIVED JUL 1 2 2007

## DECLARATION
## OF LAND PATENT
Patent or Grant No. 17267

KNOW ALL MEN BY THESE PRESENTS: that Robert Charles, Gilman and Marilyn Terese, Totzkey-Gilman do severally certify and declare that We bring up this Land Patent in our names. The following described REAL ESTATE so sought to be PATENTED, and legally described and referenced under PATENT/GRANT No. listed above is: the following described premises situated in the Township of Crystal, County of Montcalm and State of Michigan to wit: the South 642.7 feet of the Southeast ¼ of Section 19, T10N, R5W, Crystal Township, Montcalm County, Michigan, except the West 330 feet of said Southeast ¼ of the Southwest ¼ and also except the East 380 feet of said Southeast ¼ of the Southeast ¼ described as beginning 430 feet West of the Southeast corner of said Section 19; thence North 500 feet; thence West 270 feet; thence South 500 feet; thence East 270 feet to the point of beginning of the description, PP#59-005-019-015-02(LP).

Also described as; Beginning 380 feet West of the Southeast corner of Section 19, Town 10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, then North 642.7 feet; then West 610 feet; then South 642.7 feet; then East 290 feet; then North 500 feet, then East 270 feet; then South 500 feet; then East 50 feet to the point of beginning,

And it is the only way a perfect, paramount, and allodial (fee simple) title can be had in our names.

Dated this 12th day of July, A.D. 2007

_Robert Charles, Gilman_

Robert Charles, Gilman

_Marilyn Terese, Totzkey-Gilman_

(Marilyn Terese, Totzkey-Gilman

- 1 -

EXHIBIT "B"





JOANNE VUKIN
MONTCALM COUNTY TREASURER
211 W MAIN ST, P O BOX 388
STANTON MI 48888-0890

Michigan Department of Treasury
4864 (Rev 03-00)

11/01/2013

# Notice of Show Cause Hearing and Judicial Foreclosure Hearing
Issued under the authority of Public Act 206 of 1893; MCL 211.78j.

005-019-015-10
OCCUPANT
6887 E HOLLAND LAKE RD
SHERIDAN, MI 48884

You are notified of a Show Cause Hearing to be held on Friday, January 10, 2014 at 1:00 p.m. at the Montcalm County Administrative Building - 211 W Main Street - Stanton, MI. You may appear at any time between the above date and a week before the date of the Judicial Foreclosure Hearing as it appears below.

The purpose of this hearing is to allow any person with a property interest to show cause why absolute title to the property forfeited to the county treasurer under MCL 211.78g should not vest in the foreclosing governmental unit. You appear to be a party of interest in the following parcel.

You may appear in person, through an agent, in writing or contact us by telephone. Appearance at the Show Cause Hearing is not required to protect your rights at the Judicial Foreclosure Hearing.

Legal Description/Property ID Number: 005-019-015-10    6887 E HOLLAND LAKE RD SHERIDAN MI

015-0096 PART OF SE 1/4 OF SE 1/4 BEG 430 FT W OF SE COR THEREOF; TH N 500 FT W 270 FT, S 500 FT, E 270 FT TO POB. SEC 19, T10N R5W. 3.1 AC. 12/31/05 LLADJ TO 019-015-11; 12/31/07 SPLIT 019-015-11 TO 019-015-10 AND 019-015-1E PER OWNER DEMAND; PARCEL 019-015-12 WAS APPROVED TO BE ADDED TO THIS PARCEL AS A LOT LINE ADJUSTMENT & SEPARATE PARCELS EXIST FOR TAX PURPOSES ONLY;

A person claiming an interest in a parcel of property may contest the validity or correctness of the forfeited unpaid delinquent taxes, interest, penalties and fees for (one) 1 or more of the following reasons:

a) No law authorized the tax.
b) The person appointed to decide whether a tax shall be levied under a law of this state acted without jurisdiction, or did not impose the tax in question.
c) The property was exempt from the tax in question, or was not legally assessed.
d) The tax has been paid within the time limited by law for payment or redemption.
e) The tax was assessed fraudulently.
f) The description of the property used is indefinite or erroneous.

On March 1, 2013, this real property was forfeited to the Montcalm County Treasurer for nonpayment of property taxes. You have the right to pay the delinquent taxes, penalties, interest and fees to redeem the property.

Title to this property will vest absolutely in the foreclosing governmental unit if not redeemed by March 31, 2014.

THE JUDICIAL FORECLOSURE HEARING IS SCHEDULED FOR FRIDAY, FEBRUARY 7, 2014 AT 1:00 PM AT THE MONTCALM COUNTY CIRCUIT COURT COMPLEX - 630 N STATE STREET - STANTON, MI. The court docket number is 13-K-17500-AA. If you wish to contest the petition, you must file written objections with the Circuit Court Clerk and serve those objections on the County Treasurer at the address above.

TOTAL AMOUNT TO REDEEM AS OF DATE OF NOTICE IS:        $2,771.90        *** ADDITIONAL FEES WILL APPLY ***

YOU MUST CONTACT THE COUNTY TREASURER'S OFFICE FOR THE "CURRENT AMOUNT" AT 989-831-7334. As of 02/01/2014 payments must be cash, cashiers check, money order payable to the "MONTCALM COUNTY TREASURER" or credit/debit cards. We accept Visa, Mastercard & Discover. Pay by credit/debit cards, in person or call 1-800-480-9562, for online payment go to: www.paygov.us & click pay online now. PayGov will add a convenience fee of 2.5%. NO PERSONAL OR BUSINESS CHECKS WILL BE ACCEPTED.

If you are unable to tender all unpaid taxes, interest, penalties and fees sufficient to redeem the property you may wish to contact the Department of Human Services (DHS) for assistance at: Phone 989-831-8400.

*EXHIBIT "Q"*


CERTIFIED TRUE COPY

JOANNE VUKIN
MONTCALM COUNTY TREASURER
211 W MAIN ST, P O BOX 368
STANTON MI 48888-0368

Michigan Department of Treasury
4864 (Rev. 02-09)

11/01/2013

## Notice of Show Cause Hearing and Judicial Foreclosure Hearing
Issued under the authority of Public Act 206 of 1893; MCL 211.78].

005-019-015-12
OCCUPANT
E HOLLAND LAKE RD
SHERIDAN, MI 48884

You are notified of a Show Cause Hearing to be held on Friday, January 10, 2014 at 1:00 p.m. at the Montcalm County Administrative Building - 211 W Main Street - Stanton, MI. You may appear at any time between the above date and a week before the date of the Judicial Foreclosure Hearing as it appears below.

The purpose of this hearing is to allow any person with a property interest to show cause why absolute title to the property forfeited to the county treasurer under MCL 211.78g should not vest in the foreclosing governmental unit. You appear to be a party of interest in the following parcel.

You may appear in person, through an agent, in writing or contact us by telephone. Appearance at the Show Cause Hearing is not required to protect your rights at the Judicial Foreclosure Hearing.

Legal Description/Property ID Number: 005-019-015-12 E HOLLAND LAKE RD SHERIDAN MI

S 642.7 FT OF W SE 1/4 OF SE 1/4, EXCEPT: (1) E 380 FT THEREOF, (2) W 330 FT THEREOF, & (3) S 500 FT OF W 270 FT OF E 700 FT THEREOF SEC 19, T10N R5W 5.9 AC. MI. *** SEE ASSESSOR COMMENTS***

A person claiming an interest in a parcel of property may contest the validity or correctness of the forfeited unpaid delinquent taxes, interest, penalties and fees for (one) 1 or more of the following reasons:

a) No law authorized the tax.
b) The person appointed to decide whether a tax shall be levied under a law of this state acted without jurisdiction, or did not impose the tax in question.
c) The property was exempt from the tax in question, or was not legally assessed.
d) The tax has been paid within the time limited by law for payment or redemption.
e) The tax was assessed fraudulently.
f) The description of the property used is indefinite or erroneous.

On March 1, 2013, this real property was forfeited to the Montcalm County Treasurer for nonpayment of property taxes. You have the right to pay the delinquent taxes, penalties, interest and fees to redeem the property.

Title to this property will vest absolutely in the foreclosing governmental unit if not redeemed by March 31, 2014.

THE JUDICIAL FORECLOSURE HEARING IS SCHEDULED FOR FRIDAY, FEBRUARY 7, 2014 AT 1:00 PM AT THE MONTCALM COUNTY CIRCUIT COURT COMPLEX - 639 N STATE STREET - STANTON, MI. The court docket number is 13-K-17506-AA. If you wish to contest the petition, you must file written objections with the Circuit Court Clerk and serve those objections on the County Treasurer at the address above.

TOTAL AMOUNT TO REDEEM AS OF DATE OF NOTICE IS: $948.70 *** ADDITIONAL FEES WILL APPLY ***

YOU MUST CONTACT THE COUNTY TREASURER'S OFFICE FOR THE "CURRENT AMOUNT" AT 989-831-7334. As of 02/01/2014 payments must be cash, cashiers check, money order payable to the "MONTCALM COUNTY TREASURER" or credit/debit cards. We accept Visa, Mastercard & Discover. Pay by credit/debit cards, in person or call 1-888-480-8552, for online payment go to: www.paygov.us & click pay online now. PayGov will add a convenience fee of 2.5%. NO PERSONAL OR BUSINESS CHECKS WILL BE ACCEPTED.

If you are unable to tender all unpaid taxes, interest, penalties and fees sufficient to redeem the property you may wish to contact the Department of Human Services (DHS) for assistance at phone 989-831-8400.

*EXHIBIT "D"*


CERTIFIED
TRUE COPY

**Exhibit "E"**

## Klais V. Danowsk

One of the latest cases in Michigan [Klais V. Danowski, 337 Mich. Reports 1964, Michigan Supreme Court] held that, based on the supreme law of the land, patents to land were not cut off by the subsequent creation of the state and that ***the state has no jurisdiction on the patented lands***.

Michigan Attorney General Frank Kelly found he could not attack a patent that is valid on its face.

That means that neither the Michigan Supreme Court (or any other state supreme court), nor any lesser court can overturn the U. S. Constitution, acts of congress, a state's enabling act and constitution, nor over 200 years of U. S. supreme court decisions upholding and abiding by the supreme law of the land which has always held that land patents convey and confirm absolute title to land in "Fee Simple."

EXHIBIT "E"



CERTIFIED TRUE COPY

NOTICE AND CLAIM OF LIS PENDENS LIEN
By WRIT OF ATTACHMENT

UNITED STATES DISTRICT COURT

Western District of The State of Michigan

113 Federal Bldg.

315 W Allegan St

Lansing, Michigan 48933

(517) 377-1559

                                       File Number,

We THE People of the State of Michigan, ex rel.

Robert Charles: Gilman

American National

Marilyn Terese: Totzkay-Gilman
American National

Grantee(s), Claimant(s)


Vs


Montcalm County d.b.a.: MONTCALM COUNTY, COUNTY OF MONTCALM DUNS -
095948345 and EIN 386004874; JOANNE VUKIN d.b.a., MONTCALM COUNTY
TREASURER, MONTCALM COUNTY CIRCUIT COURT including JUDGE SUZANNE
HOSETH KREEGER, et. al., THEODORE SEITZ, P-60320, ATTORNEY AT LAW, and
MONTCALM COUNTY CIRCUIT COURT DOCKET NUMBER 13-K-17508-AA; STATE
OF MICHIGAN DUNS NUMBER 054698428, STATE BAR OF MICHIGAN: DUNS
NUMBER: 087749883.

Grantor(s), Respondents

## CLAIM OF COMMERCIAL LIEN IN THE FORM OF A
## LIS PENDENS LIEN & WRIT OF ATTACHMENT

NOTICE TO ALL PERSONS, known and unknown and all other concerned parties: You are hereby notified that a Notice of Claim of Lis Pendens Lien in the Form of a Lis Pendens Lien & Writ of Attachment are filed herein after referred to as a Claim of Lis Pendens Lien, on all tangible or intangible land and property of MONTCALM COUTY and personal property of all known and unknown agents of the county, hereafter called Respondents, is now in effect on said county and personal property now of record and/or in the possession of the Respondent(s) located at Montcalm County in or on The State of Michigan.

Description of Tangible, Intangible County and Personal Property Fixtures affixed to all real property=land titled in the name of the Respondent(s) or under the jurisdiction and venue of the Respondent(s); all motor vehicles registered with any state Department of Licensing /Motor Vehicles in the name of the Respondent(s); all accounts receivable; all bank accounts, pass books; saving certificates; inventories; stock certificates; promissory notes or any other evidence of indebtedness owned by or in the possession or control of Respondent(s); patent(s), copyright(s) and all other contract interest; all mineral and water rights; all tangible and intangible property; all domestic furnishings; office equipment; road working equipment; educational equipment and all other property that may come under the control of the Respondent(s); and,

All MONTCALM COUNTY accounts as appears in its published budget, which is incorporated herein by reference as if fully reproduced herein; and,

All MONTCALM COUNTY accounts referenced in its Comprehensive Annual Financial Report, CAFR, which is incorporated herein by reference as if fully reproduced herein.

**Notice** is hereby given to the Respondent(s) that the Petitioner(s) files this Notice of Lis Pendens Lien in the Form of a Writ of Attachment for the purpose of protecting and securing the equitable interest the Petitioner(s) has in said property and claims that this Notice of Lis

the equitable interest the Petitioner(s) has in said property and claims that this Notice of Lis Pendens Lien in the Form of a Writ of Attachment on Real and/or Tangible, Intangible Montcalm County land=property and Personal Property of agent=actors is in the AMOUNT of: Thirty Million, Six Hundred Thousand Dollars ($30,600,000.00) in lawfull species AND NOT paid in "choses-in-action."

### Cause for this action is as follows:

Lis Pendens (Case Pending) pursuant to State Statute, Michigan Session Law 1846 c. RS 65 and SB 927 (S-2) and 1160 (S-1), 2 October 2008 of The State of Michigan regarding the following filing in the United States District Court for the Western District of The State of Michigan, at The City of Lansing, Filing #              . The authority of the Petitioner(s) to file this Lis Pendens Lien in the Form of a Writ of Attachment is protected under the U.S. Constitution/Federal Common Law (UCC), the Supreme Law of the Land, 1:10;1; 6:2:3; Articles in Amendment 1,4,5,7,9,10. [SEE: U.C.C. Article 9]; [USC 42 1981]; 5 301, 559, 601 Ex. Ord. No. 12612  2(b) (d) (g); [USC 28  2072 Clause 2];  State v. Simon, 2 Spears 761; Taylor v. Porter, 4 Hill. 140, 146(1843); Reid v. Covert, 354 U.S. 1, 1 L. Ed. 2nd 1148(1957); Miranda v. Ariz., 384 U.S. 436 at 491(1966); Eisner v. McComber, 252 U.S. 189 at 207; Bishop v. U.S., D.C. Tex., 334, F. Supp. 415, 418.

This Lis Pendens Lien shall be valid, any other provisions of statute or rule regarding the form or content of a "notice of Lien" notwithstanding, nor shall it be dischargeable for One hundred years (100), nor extinguishable due to Petitioner's death, nor extinguishable due to Petitioner's death whether accidental or purposely, nor dischargeable by Petitioner's heirs, assigns or executors. This Lien may be Removed only as Follows: 1) Satisfaction of this Notice of Commercial Lien by Respondent(s) by full payment, or land=property is taken in lieu of monetary value, or upon final determination of the supreme court of the united States of America under Common Law Principals. Petitioner(s), Petitioner(s) agents and/or assigns will file a release of Lien within TEN (10) days after Respondent(s) have satisfied this Lis Pendens Lien as required under International Commercial Law [recognized by United States as its UCC Federal Common Law].

**Notice to Respondent(s):** This Lis Pendens Lien shall become a Perfected Commercial Lien upon date of filing or on final decision of a Common Law Jury under the rules of Common Law pursuant to Article in Amendment 7 of the Constitution of The united States of America, as adopted at the United States Constitution, 7th Amendment.

This "Claim of Lis Pendens Lien" shall be deemed as prima facie evidence of admission of "waiver" to all rights on the property described herein. This "Claim of Lis Pendens Lien" once perfected shall be evidence of a debt subject to enforcement.

**Caveat & Judicial Notice :** Notice to any person, National, Federal or State Administrative agent(s), Law Enforcement Officer(s), Legislator(s), or Judicial Officer(s), who attempts to modify, circumvent, and/or negate this Notice of Claim of Lis Pendens Lien in the form of a Writ of Attachment, shall be deemed outlaws and/or felons and shall be prosecuted pursuant to the Public Law as codified at USC 42, §1983, §1985, §1986 and subject to fine and penalties under the Federal Common Law [UCC] of up to $10,000.00 fine per individual and up to 10 year imprisonment pursuant to the Public Law as codified at USC 18, §241 & §242.

Notice is given to all parties including but not limited to all Courts of all Jurisdictions that any judicial actions which violate the rights of individuals protected by the secured rights contained in the Constitution may be sued as a cause of action in civil court litigation against those performing said acts, without any form of immunity.

Federal and State officials sued in their capacities are "persons" subject to suits for damages under Public Law as codified at USC 42 §1983; 11th Amendment does not bar such suits in federal court. Any official who attempts to modify or remove this Notice of Lis Pendens Lien in the Form of a Writ of Attachment is fully liable for damages at law pursuant to the MANDATORY RULING of the SUPREME COURT. SEE: [USC 42 §2000d-7, §2000e(i)]; Hafer v. Melo, No. 90-681, P. 4001(1991); Butz v. Economy, 98 S/Ct. 2894: Bell v. Hood, 327 U.S. 678; Bivens v. Unknown Agents, 400 U.S. 862; Belknap v. Schild, 161 U.S. 10; U.S. v. Lee, 196.

**Memorandum of Law in Support of:**

Writs of attachment are but another form of Constitutional/Federal Common law [recognized by the U.C.C.] Lien and SUPERSEDE statutory mortgages and equity liens, and may be satisfied only when paid and/or land=property is taken in lieu of monetary value and fully satisfied by taking of said land=property. SEE: Drummond Carriage v. Mills, (1878) N.W.99: Hewitt v. Williams, 47 La. Ann. 742, 17 So. 269; Carr v. Dail, 19 S.E. 235; Mcmahn v. Ludin, 58 N.H. 827. The SUPREME COURT OF THE UNITED STATES specifically FORBIDS judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "clouds on title". Further, even if a preponderance of evidence displays the lien to be void or voidable, the Equity Court(s) still may not proceed until the moving party has proven that the moving party asks for and comes "to equity" with "clean hands" based on the "clean hands doctrine" and "Power of Estoppel". SEE: Rich v. Braxton 158 U.S. 375; Trace v. Comstock, 57 C.C.A. 646; West v. Washburn, App. Div. 460, 138 NY Supp. 230; I/We the undersigned Petitioner(s), being duly sworn on oath or affirmation that all the information and statements in this Instrument are true and correct to the best of my/our knowledge and belief under penalty of bearing false witness [perjury] pursuant to the Laws of God and the People of the State of Michigan. All Statements made herein are made in good faith and in the interest of justice.

Date: 21 March 2014

We THE People of the State of Michigan, ex rel,

By and for:

Robert Charles: Gilman, sui juris
Live Man and American National

Marilyn Terese: Totzkay-Gilman, sui juris
Live Woman and American National

## Legal Notice=Jurat

The Certifying Notary is an Independent Contractor and not a party to this claim=action. In truth=fact the Certifying Notary is a Federal Witness pursuant to TITLE 18, PART 1, CHAPTER 73, §1512, Tampering with a witness, victim or an informant. The certifying Notary also performs the function of a quasi-Postal Inspector under Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under color-of-law is a violation of TITLE 18, U.S.C. §242, titled "Deprivation of Rights Under-Color-of-Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the Color-of-Law to willfully deprive any individual residing in the United States and=or United States of America those rights protected by the Bill of Rights contained in the Organic Constitution, circa, 1789 and 1791 and Laws of the U.S.

The above individual(s) whose appellation is fixed to the document=instrument presented is known by me, having produce sufficient=valid identification, to be the same individual who has sealed this document=instrument by autographing the same in my physical presence on this day, $\partial l$     in the month of, March 2014.

Notary Public/Commission Expires;  $0.3 \cdot 0.3 \cdot \partial 0 / 7$

PEGGY WALDRON
Notary Public, Montcalm County, Michigan
My Commission Expires _$03.03.2017$_

*Peggy Waldron*