**FILED - LN**
April 4, 2014 9:34 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __dtw__ / _____    SCANNED BY ___ / ___



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Robert-Charles: Gilman, American National
Marilyn-Terese: Totzkay-Gilman, American National

      Claimants=Plaintiff(s)

                                               1:14-cv-298

v                                              Paul L. Maloney,
                                              Chief Judge United

Montcalm County Treasurer JoAnne         States District Court
Montcalm County, DUNS #095948345, EIN #386004874
8th Circuit Court Montcalm County
Judge Kreeger, 8th Circuit Court Montcalm County
Theodore Seitz P-60320
State of Michigan, DUNS #054698428
Michigan State Bar, DUNS # 087749883

          Respondents=Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Claimants insist on compliance with the SUPREME LAW of the Land, in this case Title 31 USC §3124, and §742.

Claimants after a long period of extortion by the Montcalm County Treasurer, Montcalm County, DUNS #095948345, EIN #386004874, 8th Circuit Court on Montcalm County, the State of Michigan DUNS #054698428, Michigan State Bar, DUNS # 087749883, along with an Administrative Express Hearing ignored for a period of two (2) years one month (1) and three days (3).

Claimants MOVE THIS COURT to ORDER, SENTENCE and DECREE the following:

> 1) Claimants Land Patented Land and property is to be properly identified as NOT a site of a COMMERCIAL ENTERPRISE;
>
> 2) Claimants Land Patented Land is to be removed from the tax rolls of all agencies involved in tax revenue scheme;
>
> 3) Claimants are to be remunerated by the return of all currency extorted from claimants along with compensatory damages in the amount of One hundred eighty thousand dollars, ($180.000.00).

It is so ORDERED, SENTENCED and DECREED,
        that the above listed parties have ignored the SUPREME LAW OF THE LAND in a tax revenue scheme that has no merit and are to return all currency collected and to pay the compensatory damages for abuse of office Under-the-Color-of-Law.
        Failure to comply with this ORDER Claimants are free to execute collection through the Commercial Lien by Writ of Attachment.

Date:


        Paul L. Maloney,
        Chief Judge
        United States District Court

# Table of Contents

1st document, 2 pages =  Court Cover Sheet
Order, Sentence and Decree

2nd document, 3 pages =  Memorandum in Law
Common Law Lien

3rd document, 3 pages =  Affidavit of Truth
Default and Summary Judgment

4th document, 2 pages =  Affidavit, Final Notice and Default
Proof of Service, Exhibit "A" & "B"

5th document, 2 pages =  Payment under Protest

Exhibit "C", 1 page =  Failed Notice "OCCUPANT"
Abandon in Public Ditch

Exhibit "D", 1 page =  Failed Notice "OCCUPANT"
Abandon in Public Ditch

Exhibit "E", 10 pages =  UCC Financing Statement
UCC1

## Affidavit
## Final Notice and Default
## Hand delivery and Mailing
## of Filing

Robert-Charles: Gilman,
Apostille No. 89536-2-265600-228
American National
Marilyn-Terese: Totzkay-Gilman,
Apostille No. 89536-2-265601-228
American National
Ex rel, united states of America;

Affidavit by Robert-Charles: Gilman and Witness Gaylen Bogart that the below listed
agencies and agents either received the documents of Claim by Hand delivery or mail.

#1) MONTCALM COUNTY, INC. DUNS #095948345, EIN #386004874
     211 W MAIN ST, P.O. BOX 368, STANTON, MI 48888, USA [Hand Del; By Mail]

#2) JOANNE VUKIN, MONTCALM COUNTY TREASURER, INC;
     211 W MAIN ST, P.O. BOX 368, STANTON, MI 48888, USA [Hand Del; By Mail]

#3) 8th CIRCUIT COURT, INC, MONTCALM COUNTY
     631 N MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del; By Mail]

#4) JUDGE SUZANNE HOSETH KREEGER
     631 N MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del; By Mail]

#5) STATE OF MICHIGAN, INC. DUNS #054698428
     ATTORNEY GENERAL
     G. MENNEN WILLIAMS BLDG, 7TH FLOOR
     525 W OTTAWA STREET
     P.O. BOX 30212
     LANSING, MI 48909                          [Hand Del: By Mail]

#6) THEODORE SEITZ, P-60320, ATTORNEY AT LAW et al.
     124 W ALLEGAN STREET
     SUITE 800
     LANSING, MI 48933                          [Hand Del; By Mail]

#7 MICHIGAN STATE BAR, DUNS #087749883
306 TOWNSEND STREET
LANSING MI 48933-2012 USA

[Hand Del: (By Mail)]

We, Robert-Charles: Gilman, American National and Gaylon Bogart, American National, are over the age of consent=twenty-one years, and competent to make this Affidavit of our own firsthand knowledge, and do hereby declare under penalty of bearing false witness=perjury under the laws of God and the united states of America that the following statements are true, correct, complete, and not intended to be misleading.

STATE OF MICHIGAN, INC, JOANNE VUKIN, COUNTY TREASURER, INC, 8th CIRCUIT COURT, INC, MONTCALM COUNTY, INC, JUDGE SUZANNE HOSETH KREEGER, THEODORE SEITZ, P-60320, ATTORNEY AT LAW et al, have defaulted by non-responsive actions and given their silent consent to the Novation by standing silent. This default vitiates the fraudulent 8th Circuit Court action titled Docket No. 11-K-14891-AA. This file, 11-K-14891-AA being used as one case fits all is blatant and overt fraud by the Court, further evidencing the non-existent "grant of authority" and any Original "wet autographed contract" are political crimes committed against the People.

That the above address's all received by Hand Delivery or was mailed this Claim and filing~

Further, Affiant's sayeth naught.

Signed by the voluntary act of our own volition, the day of 28th month of March two thousand and fourteen A.D.

Autograph: *Robert-Charles: Gilman*
Appellation: Robert-Charles: Gilman,
Apostille No. 89536-2-265600-228
American National

Autograph: *Gaylon Ray Bogart*
Appellation: Gaylon Bogart.
American National
Ex rel, united states of America;
Michigan a Free and Independent
Nation=State=Republic

**U.S. POSTAL SERVICE**  **CERTIFICATE OF MAILING**

Affix fee here in stamps

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE–POSTMASTER

R & M Gilman
PO Box 92
Crystal Mich

Theodore Seitz
124 W ALLEGAN ST, Suite 500
Lansing MI 48933

PS Form **3817**, January 2001

---

U S POSTAL SERVICE    **CERTIFICATE OF MAILING**

Affix fee here in stamps

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL  DOES NOT
PROVIDE FOR INSURANCE  POSTMASTER

R & M Gilman
PO Box 92
Crystal, mich

State of Mich, Atty General
525 west Ottawa ST, PO Box 30212
Lansing MI 48909

PS Form **3817**, January 2001

---

**U.S. POSTAL SERVICE**    **CERTIFICATE OF MAILING**

Affix fee here in stamps
or meter postage and
post mark. Inquire of

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE–POSTMASTER

R & M Gilman
P.O. Box 92
Crystal, Mich

Michigan State Bar
306 Townsend Street
Lansing, MI 48933-2012

PS Form **3817**, January 2001

Exhibit "A"

Exhibit "B"

# PAYMENT MADE 4 APRIL 2014

282111107 NEW 01/08 8810004306

**CHASE** 〇

**CASHIER'S CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

9443003205    25-3
440
Void after 7 years

Date    04/03/2014

**Remitter:** ROBERT C GILMAN

**Pay To The Order Of:** MONTCALM COUNTY TREASURY

**Pay:** THREE THOUSAND SEVEN HUNDRED TWENTY SIX DOLLARS AND 17 CENTS    $** 3,726.17 **

Memo: *Paid under duress, coercion, threat and protest for fraud and theft*
Do not write outside this box
Note: For information only. Comment has no effect on bank's payment.

**Drawer:** JPMORGAN CHASE BANK, N.A.

Senior Vice President
JPMorgan Chase Bank, N.A.
Columbus, OH

⑪944300320 5⑪ ⑆044000037⑆ 758661326⑪

This payment of property taxes is under PROTEST, DURESS, COERCION, THREAT OF THEFT OF PROPERTY UNDER COLOR-OF-LAW!

It is evidence of the supreme law of the land being broken by the State of Michigan insisting on the registration of property and creating a status of a trade or business listing making We THE Peoples home a commercial location by devise under the Commerce Act. This is a blatant LIE and is challenged by these People.

211.78k fails to disclose the devise of the States claim that our land=property is designated as a commercial site. This is non-disclosure by design and is therefore FRAUD on We THE People.

211.78k (2)(a) and (9)(a) are applicable to our property when Title 31 USC §3124 where at the very end of this section is buried Title 31 USC §742(a) which reads as follows;

*"Except as otherwise provided by LAW ALL stocks, bonds, treasury notes, or ANY OTHER OBLIGATIONS OF THE UNITED STATES GOVERNMENT are exempt from STATE, OR LOCAL MUNICIPALITIES TAXATION. THAT THIS EXEMPTION EXTENDS TO EVERY FORM OF TAXATION, which either directly or indirectly is used in the figuring or computation of that TAX."*

*Also see a case in 1984 called <u>PEOPLE OF THE STATE OF MICHIGAN vs. FREDERICK L. SHEPHARD IN LANSING MICHIGAN</u>.*

Dated: *3 April 2014*

All our rights reserved, UCC 1-308/1-207

Autograph: *[signature]*
Appellation:   Robert-Charles: Gilman,
Apostille No. 89536-2-265600-228
American National

Autograph: *[signature]*
Appellation:   Marilyn-Terese: Totzkay-Gilman,
Apostille No. 89536-2-265601-228
American National
Ex rel, united states of America;
Michigan a Free and Independent
Nation=State=Republic

JOANNE VUKIN
MONTCALM COUNTY TREASURER
211 W MAIN ST, P O BOX 368
STANTON MI 48888-9690

Michigan Department of Treasury
4264 (Rev 08-09)

11/01/2013

## Notice of Show Cause Hearing and Judicial Foreclosure Hearing

Issued under the authority of Public Act 206 of 1893; MCL 211.78j.

005-019-015-10
OCCUPANT
6887 E HOLLAND LAKE RD
SHERIDAN, MI 48884

You are notified of a Show Cause Hearing to be held on Friday, January 10, 2014 at 1:00 p.m. at the Montcalm County Administrative Building - 211 W Main Street - Stanton, MI. You may appear at any time between the above date and a week before the date of the Judicial Foreclosure Hearing as it appears below.

The purpose of this hearing is to allow any person with a property interest to show cause why absolute title to the property forfeited to the county treasurer under MCL 211.78g should not vest in the foreclosing governmental unit. You appear to be a party of interest in the following parcel.

You may appear in person, through an agent, in writing or contact us by telephone. Appearance at the Show Cause Hearing is not required to protect your rights at the Judicial Foreclosure Hearing.

Legal Description/Property ID Number: 005-019-015-10    6887 E HOLLAND LAKE RD SHERIDAN MI

015-00/96 PART OF SE 1/4 OF SE 1/4 BEG 430 FT W OF SE COR THEREOF; TH N 500 FT W 270 FT, S 500 FT, E 270 FT TO POB. SEC 19, T10N R5W. 3.1 AC. 12/31/05 LLADJ TO 019-015-11; 12/31/07 SPLIT 019-015-11 TO 019-015-10 AND 019-015-12 PER OWNER DEMAND; PARCEL 019-015-12 WAS APPROVED TO BE ADDED TO THIS PARCEL AS A LOT LINE ADJUSTMENT & SEPARATE PARCELS EXIST FOR TAX PURPOSES ONLY;

A person claiming an interest in a parcel of property may contest the validity or correctness of the forfeited unpaid delinquent taxes, interest, penalties and fees for (one) 1 or more of the following reasons:

a) No law authorized the tax.
b) The person appointed to decide whether a tax shall be levied under a law of this state acted without jurisdiction, or did not impose the tax in question.
c) The property was exempt from the tax in question, or was not legally assessed.
d) The tax has been paid within the time limited by law for payment or redemption.
e) The tax was assessed fraudulently.
f ) The description of the property used is indefinite or erroneous.

On March 1, 2013, this real property was forfeited to the Montcalm County Treasurer for nonpayment of property taxes. You have the right to pay the delinquent taxes, penalities, interest and fees to redeem the property.

### Title to this property will vest absolutely in the foreclosing governmental unit if not redeemed by March 31, 2014.

THE JUDICIAL FORECLOSURE HEARING IS SCHEDULED FOR FRIDAY, FEBRUARY 7, 2014 AT 1:00 PM AT THE MONTCALM COUNTY CIRCUIT COURT COMPLEX - 639 N STATE STREET - STANTON, MI. The court docket number is 13-K-17508-AA. If you wish to contest the petition, you must file written objections with the Circuit Court Clerk and serve those objections on the County Treasurer at the address above.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TOTAL AMOUNT TO REDEEM AS OF DATE OF NOTICE IS:        $2,777.39        \*\*\* ADDITIONAL FEES WILL APPLY \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

YOU MUST CONTACT THE COUNTY TREASURER'S OFFICE FOR THE "CURRENT AMOUNT" AT 989-831-7334. As of 02/01/2014 payments must be cash, cashiers check, money order payable to the "MONTCALM COUNTY TREASURER" or credit/debit cards. We accept Visa, Mastercard & Discover. Pay by credit/debit cards, in person or call 1-866-480-8552, for online payment go to: www.paygov.us & click pay online now. PayGov will add a convenience fee of 2.5%. NO PERSONAL OR BUSINESS CHECKS WILL BE ACCEPTED.

If your are unable to tender all unpaid taxes, interest, penalties and fees sufficient to redeem the property you may wish to contact the Department of Human Services (DHS) for assistance at: Phone 989-831-8400.

Exhibit "C"

Michigan Department of Treasury
4264 (Rev. 06-09)

JOANNE VUKIN
MONTCALM COUNTY TREASURER
211 W MAIN ST, P O BOX 368
STANTON MI 48888-9690

11/01/2013

# Notice of Show Cause Hearing and Judicial Foreclosure Hearing

Issued under the authority of Public Act 206 of 1893; MCL 211.78j.

005-019-015-12
OCCUPANT
E HOLLAND LAKE RD
SHERIDAN, MI 48884

**You are notified of a Show Cause Hearing to be held on Friday, January 10, 2014 at 1:00 p.m. at the Montcalm County Administrative Building - 211 W Main Street - Stanton, MI. You may appear at any time between the above date and a week before the date of the Judicial Foreclosure Hearing as it appears below.**

The purpose of this hearing is to allow any person with a property interest to show cause why absolute title to the property forfeited to the county treasurer under MCL 211.78g should not vest in the foreclosing governmental unit. You appear to be a party of interest in the following parcel.

**You may appear in person, through an agent, in writing or contact us by telephone. Appearance at the Show Cause Hearing is not required to protect your rights at the Judicial Foreclosure Hearing.**

**Legal Description/Property ID Number: 005-019-015-12    E HOLLAND LAKE RD SHERIDAN MI**

S 642.7 FT OF W SE 1/4 OF SE 1/4, EXCEPT: (1) E 380 FT THEREOF, (2) W 330 FT THEREOF, & (3) S 500 FT OF W 270 FT OF E 700 FT THEREOF SEC 19, T10N R5W 5.9 AC. M/L *** SEE ASSESSOR COMMENTS****

A person claiming an interest in a parcel of property may contest the validity or correctness of the forfeited unpaid delinquent taxes, interest, penalties and fees for (one) 1 or more of the following reasons:

a) No law authorized the tax.

b) The person appointed to decide whether a tax shall be levied under a law of this state acted without jurisdiction, or did not impose the tax in question.

c) The property was exempt from the tax in question, or was not legally assessed.

d) The tax has been paid within the time limited by law for payment or redemption.

e) The tax was assessed fraudulently.

f ) The description of the property used is indefinite or erroneous.

On March 1, 2013, this real property was forfeited to the Montcalm County Treasurer for nonpayment of property taxes. You have the right to pay the delinquent taxes, penalities, interest and fees to redeem the property.

**Title to this property will vest absolutely in the foreclosing governmental unit if not redeemed by March 31, 2014.**

THE JUDICIAL FORECLOSURE HEARING IS SCHEDULED FOR FRIDAY, FEBRUARY 7, 2014 AT 1:00 PM AT THE MONTCALM COUNTY CIRCUIT COURT COMPLEX - 639 N STATE STREET - STANTON, MI. The court docket number is 13-K-17508-AA. If you wish to contest the petition, you must file written objections with the Circuit Court Clerk and serve those objections on the County Treasurer at the address above.

*************************

TOTAL AMOUNT TO REDEEM AS OF DATE OF NOTICE IS:        $948.78        *** ADDITIONAL FEES WILL APPLY ***

*************************

YOU MUST CONTACT THE COUNTY TREASURER'S OFFICE FOR THE "CURRENT AMOUNT" AT 989-831-7334. As of 02/01/2014 payments must be cash, cashiers check, money order payable to the "MONTCALM COUNTY TREASURER" or credit/debit cards. We accept Visa, Mastercard & Discover. Pay by credit/debit cards, in person or call 1-866-480-8552, for online payment go to: www.paygov.us & click pay online now. PayGov will add a convenience fee of 2.5%. NO PERSONAL OR BUSINESS CHECKS WILL BE ACCEPTED.

If your are unable to tender all unpaid taxes,interest, penalties and fees sufficient to redeem the property you may wish to contact the Department of Human Services (DHS) for assistance at ¬hone 989-831-8400.

Exhibit "D"

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| **Robert Charles: Gilman** | **Date of Filing : 03/27/2014** |
| B. E-MAIL CONTACT AT FILER (optional) | **Time of Filing : 09:00:00 PM** |
| | **File Number   : 2014-086-3247-7** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | **Lapse Date    : 03/27/2019** |

⌐ **Robert Charles: Gilman**

**P.O. Box 92**
**Crystal MI USA [48818]** ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Montcalm County DUNS #095948345, EIN #386004874** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **211 W MAIN ST, PO BOX 368** | **STANTON** | **MI** | **48888** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **VUKIN** | **JOANNE** | **TREASURER** | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **211 W MAIN ST, PO BOX 368** | **STANTON** | **MI** | **48888** | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **Gilman** | **Robert** | **Charles:** | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **P.O. Box 92** | **Crystal** | **MI** | **[48818]** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| **Montcalm County DUNS #095948345, EIN #386004874** |

OR

| 9b. INDIVIDUAL'S SURNAME | | |
|---|---|---|
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 10b. INDIVIDUAL'S SURNAME | | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**11.** ☑ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only **one** name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 11b. INDIVIDUAL'S SURNAME **Totzkay-Gilman** | FIRST PERSONAL NAME **Marilyn** | ADDITIONAL NAME(S)/INITIAL(S) **Terese:** | SUFFIX |
| 11c. MAILING ADDRESS **P.O. Box 92** | CITY **Crystal** | STATE **MI** | POSTAL CODE **[48818]** | COUNTRY **USA** |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | Date of Filing : 03/27/2014 |
|---|---|

**18a. ORGANIZATION'S NAME**
Montcalm County DUNS #095948345, EIN #386004874

Date of Filing : 03/27/2014
Time of Filing : 09:00:00 PM
File Number : 2014-086-3247-7
Lapse Date : 03/27/2019

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**
8TH CIRCUIT COURT

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **19c. MAILING ADDRESS** 631 N MAIN ST, PO BOX 296 | CITY STANTON | STATE MI | POSTAL CODE 48888 | COUNTRY USA |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME

OR

| 20b. INDIVIDUAL'S SURNAME KREEGER | FIRST PERSONAL NAME SUZANNE | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **20c. MAILING ADDRESS** 631 N MAIN ST, PO BOX 296 | CITY STANTON | STATE MI | POSTAL CODE 48888 | COUNTRY USA |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**
STATE OF MICHIGAN, DUNS #054698428

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **21c. MAILING ADDRESS** G. MENNEN WILLIAMS, BLDG, 7TH FLOOR, 525 W. OTTAWA ST | CITY LANSING | STATE MI | POSTAL CODE 48909 | COUNTRY USA |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**

**Montcalm County DUNS #095948345, EIN #386004874**

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**　　　　**SUFFIX**

**Date of Filing :** 03/27/2014
**Time of Filing :** 09:00:00 PM
**File Number　:** 2014-086-3247-7
**Lapse Date　　:** 03/27/2019

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**19a. ORGANIZATION'S NAME**

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **SEITZ, P-60320** | **THEODORE** | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **211 W MAIN ST, PO BOX 368** | **STANTON** | **MI** | **48888** | **USA** |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**20a. ORGANIZATION'S NAME**

**MICHIGAN STATE BAR, DUNS #087749883**

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **306 TOWNSEND STREET** | **LANSING** | **MI** | **48933-2012** | **USA** |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**21a. ORGANIZATION'S NAME**

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

**22a. ORGANIZATION'S NAME**

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

**23a. ORGANIZATION'S NAME**

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**

1:14-cv-298
Paul L. Maloney
Chief Judge United
States District Court

NOTICE AND CLAIM OF LIS PENDENS LIEN
By WRIT OF ATTACHMENT

UNITED STATES DISTRICT COURT

Western District of The State of Michigan

113 Federal Bldg.

315 W Allegan St

Lansing, Michigan 48933

(517) 377-1559

File Number, 1:14-cv-298

We THE People of the State of Michigan, ex rel.

Robert Charles: Gilman

American National

Marilyn Terese: Totzkay-Gilman

American National

Grantee(s), Claimant(s)


Vs


Montcalm County d.b.a.: MONTCALM COUNTY, COUNTY OF MONTCALM DUNS -
095948345 and EIN 386004874; JOANNE VUKIN d.b.a., MONTCALM COUNTY
TREASURER, MONTCALM COUNTY CIRCUIT COURT including JUDGE SUZANNE
HOSETH KREEGER, et. al., THEODORE SEITZ, P-60320, ATTORNEY AT LAW, and
MONTCALM COUNTY CIRCUIT COURT DOCKET NUMBER 13-K-17508-AA; STATE
OF MICHIGAN DUNS NUMBER 054698428, STATE BAR OF MICHIGAN: DUNS
NUMBER: 087749883.

Grantor(s), Respondents

2014.01.18 Commercial Lien & UCC Claim                    Page 1 of 6

## CLAIM OF COMMERCIAL LIEN IN THE FORM OF A
## LIS PENDENS LIEN & WRIT OF ATTACHMENT

NOTICE TO ALL PERSONS, known and unknown and all other concerned parties: You are hereby notified that a Notice of Claim of Lis Pendens Lien in the Form of a Lis Pendens Lien & Writ of Attachment are filed herein after referred to as a Claim of Lis Pendens Lien, on all tangible or intangible land and property of MONTCALM COUTY and personal property of all known and unknown agents of the county, hereafter called Respondents, is now in effect on said county and personal property now of record and/or in the possession of the Respondent(s) located at Montcalm County in or on The State of Michigan.

Description of Tangible, Intangible County and Personal Property Fixtures affixed to all real property - land titled in the name of the Respondent(s) or under the jurisdiction and venue of the Respondent(s); all motor vehicles registered with any state Department of Licensing /Motor Vehicles in the name of the Respondent(s); all accounts receivable; all bank accounts, pass books; saving certificates; inventories; stock certificates; promissory notes or any other evidence of indebtedness owned by or in the possession or control of Respondent(s); patent(s), copyright(s) and all other contract interest; all mineral and water rights; all tangible and intangible property; all domestic furnishings; office equipment; road working equipment; educational equipment and all other property that may come under the control of the Respondent(s); and,

All MONTCALM COUNTY accounts as appears in its published budget, which is incorporated herein by reference as if fully reproduced herein; and,

All MONTCALM COUNTY accounts referenced in its Comprehensive Annual Financial Report, CAFR, which is incorporated herein by reference as if fully reproduced herein.

Notice is hereby given to the Respondent(s) that the Petitioner(s) files this Notice of Lis Pendens Lien in the Form of a Writ of Attachment for the purpose of protecting and securing the equitable interest the Petitioner(s) has in said property and claims that this Notice of Lis

the equitable interest the Petitioner(s) has in said property and claims that this Notice of Lis Pendens Lien in the Form of a Writ of Attachment on Real and/or Tangible, Intangible Montcalm County land=property and Personal Property of agent=actors is in the AMOUNT of: Thirty Million, Six Hundred Thousand Dollars ($30,600,000.00) in lawfull species AND NOT paid in "choses-in-action."

**Cause for this action is as follows:**

Lis Pendens (Case Pending) pursuant to State Statute, Michigan Session Law 1846 c. RS 65 and SB 927 (S-2) and 1160 (S-1), 2 October 2008 of The State of Michigan regarding the following filing in the United States District Court for the Western District of The State of Michigan, at The City of Lansing, Filing # 1: 14 -cv - 298. The authority of the Petitioner(s) to file this Lis Pendens Lien in the Form of a Writ of Attachment is protected under the U.S. Constitution/Federal Common Law (UCC), the Supreme Law of the Land, 1:10;1; 6:2:3; Articles in Amendment 1,4,5,7,9,10. [SEE: U.C.C. Article 9]; [USC 42 1981]; 5 301, 559, 601 Ex. Ord. No. 12612  2(b) (d) (g); [USC 28  2072 Clause 2];  State v. Simon, 2 Spears 761; Taylor v. Porter, 4 Hill. 140, 146(1843); Reid v. Covert, 354 U.S. 1, 1 L. Ed. 2nd 1148(1957); Miranda v. Ariz., 384 U.S. 436 at 491(1966); Eisner v. McComber, 252 U.S. 189 at 207; Bishop v. U.S., D.C. Tex., 334, F. Supp. 415, 418.

This Lis Pendens Lien shall be valid, any other provisions of statute or rule regarding the form or content of a "notice of Lien" notwithstanding, nor shall it be dischargeable for One hundred years (100), nor extinguishable due to Petitioner's death, nor extinguishable due to Petitioner's death whether accidental or purposely, nor dischargeable by Petitioner's heirs, assigns or executors. This Lien may be Removed only as Follows: 1) Satisfaction of this Notice of Commercial Lien by Respondent(s) by full payment, or land=property is taken in lieu of monetary value, or upon final determination of the supreme court of the united States of America under Common Law Principals. Petitioner(s), Petitioner(s) agents and/or assigns will file a release of Lien within TEN (10) days after Respondent(s) have satisfied this Lis Pendens Lien as required under International Commercial Law [recognized by United States as its UCC Federal Common Law].

**Notice to Respondent(s):** This Lis Pendens Lien shall become a Perfected Commercial Lien upon date of filing or on final decision of a Common Law Jury under the rules of Common Law pursuant to Article in Amendment 7 of the Constitution of The united States of America, as adopted at the United States Constitution, 7th Amendment.

This "Claim of Lis Pendens Lien" shall be deemed as prima facie evidence of admission of "waiver" to all rights on the property described herein. This "Claim of Lis Pendens Lien" once perfected shall be evidence of a debt subject to enforcement.

**Caveat & Judicial Notice :** Notice to any person, National, Federal or State Administrative agent(s), Law Enforcement Officer(s), Legislator(s), or Judicial Officer(s), who attempts to modify, circumvent, and/or negate this Notice of Claim of Lis Pendens Lien in the form of a Writ of Attachment, shall be deemed outlaws and/or felons and shall be prosecuted pursuant to the Public Law as codified at USC 42, §1983, §1985, §1986 and subject to fine and penalties under the Federal Common Law [UCC] of up to $10,000.00 fine per individual and up to 10 year imprisonment pursuant to the Public Law as codified at USC 18, §241 & §242.

Notice is given to all parties including but not limited to all Courts of all Jurisdictions that any judicial actions which violate the rights of individuals protected by the secured rights contained in the Constitution may be sued as a cause of action in civil court litigation against those performing said acts, without any form of immunity.

Federal and State officials sued in their capacities are "persons" subject to suits for damages under Public Law as codified at USC 42 §1983; 11th Amendment does not bar such suits in federal court. Any official who attempts to modify or remove this Notice of Lis Pendens Lien in the Form of a Writ of Attachment is fully liable for damages at law pursuant to the MANDATORY RULING of the SUPREME COURT. SEE: [USC 42 §2000d-7, §2000e(i)]; Hafer v. Melo, No. 90-681, P. 4001(1991); Butz v. Economy, 98 S/Ct. 2894; Bell v. Hood, 327 U.S. 678; Bivens v. Unknown Agents, 400 U.S. 862; Belknap v. Schild, 161 U.S. 10; U.S. v. Lee, 196.

**Memorandum of Law in Support of:**

Writs of attachment are but another form of Constitutional/Federal Common law [recognized by the U.C.C.] Lien and SUPERSEDE statutory mortgages and equity liens, and may be satisfied only when paid and/or land=property is taken in lieu of monetary value and fully satisfied by taking of said land=property. SEE: Drummond Carriage v. Mills, (1878) N.W.99: Hewitt v. Williams, 47 La. Ann. 742, 17 So. 269; Carr v. Dail, 19 S.E. 235; Mcmahn v. Ludin, 58 N.H. 827. The SUPREME COURT OF THE UNITED STATES specifically FORBIDS judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "clouds on title". Further, even if a preponderance of evidence displays the lien to be void or voidable, the Equity Court(s) still may not proceed until the moving party has proven that the moving party asks for and comes "to equity" with "clean hands" based on the "clean hands doctrine" and "Power of Estoppel". SEE: Rich v. Braxton 158 U.S. 375; Trace v. Comstock, 57 C.C.A. 646; West v. Washburn, App. Div. 460, 138 NY Supp. 230; I/We the undersigned Petitioner(s), being duly sworn on oath or affirmation that all the information and statements in this Instrument are true and correct to the best of my/our knowledge and belief under penalty of bearing false witness [perjury] pursuant to the Laws of God and the People of the State of Michigan. All Statements made herein are made in good faith and in the interest of justice.

Date: 21 March 2014

We THE People of the State of Michigan, ex rel.

By and for: *Robert Charles: Gilman*

Robert Charles: Gilman, sui juris
Live Man and American National

Marilyn Terese: Totzkay-Gilman, sui juris
Live Woman and American National

# Legal Notice=Jurat

The Certifying Notary is an Independent Contractor and not a party to this claim=action. In truth=fact the Certifying Notary is a Federal Witness pursuant to TITLE 18, PART 1, CHAPTER 73, §1512, Tampering with a witness, victim or an informant. The certifying Notary also performs the function of a quasi-Postal Inspector under Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under color-of-law is a violation of TITLE 18, U.S.C. §242, titled "Deprivation of Rights Under-Color-of-Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the Color-of-Law to willfully deprive any individual residing in the United States and=or United States of America those rights protected by the Bill of Rights contained in the Organic Constitution, circa, 1789 and 1791 and Laws of the U.S.

The above individual(s) whose appellation is fixed to the document=instrument presented is known by me, having produce sufficient=valid identification, to be the same individual who has sealed this document=instrument by autographing the same in my physical presence on this day, ·          in the month of, March 2014.

**Notary** Public Commission Expires.

PEGGY WALDRON
Notary Public, Montcalm County, Michigan
My Commission Expires

## MEMORANDUM IN LAW
## COMMON LAW LIENS IN LAW
## SUPERSEDE MORTGAGES AND EQUITY LIENS

1:14-cv-298
Paul L. Maloney, Chief Judge
United State District Court

Drummond Carriage Co. vs Mills 1898, 74 Northwest 966, Hewitt vs William 47, LA. ANN. 742, 17 South 269, Carr vs Dial 19 Southeast 235, and may be satisfied only when a court of Common law is court to convene pursuant to order of the elected Sheriff under Amendment 7 of the Bill of Rights.

Such Common Law Court forbids the presence of any Judge or Lawyer from participating or presiding or the practice of any Equity Law. The ruling of the United States Supreme Court in Rich vs Braxton 158, U.S. 375, specifically forbids Judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "clouds of title."

Further even if a preponderance of evidence displays the lien to be void or voidable the Equity Court still may not proceed until the moving party has proven the he or she ask for comes "to Equity" with "clean hands." Trice vs Comstock 57, C.C.A. 646, West vs Washborn 138, N.Y. Supp 230.

Note - Any Official who attempts to modify or remove this Common Law Lien is fully liable for damages.

## NOTICE AND DEMAND

NOTICE IS HEREBY GIVEN that the Claimants owns the following real Property=Land: Of Robert-Charles: Gilman and Marilyn-Terese: Totzkay-Gilman, 6887 East Holland Lake Road, Sheridan, Michigan 48884, in the Township of Crystal, Montcalm County, Michigan
Montcalm county Property Num. #005-019-015-10
Commencing at; Part of the Southeast ¼ of the Southeast ¼, beginning 430 feet West of the Southeast corner thereof; thence North 500 feet; West 270 feet; South 500 feet; East 270 feet to the point of beginning, Section 19, Town 10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, PP#59-005-019-015-10.

and

Montcalm county Property Num. #005-019-015-12
Commencing at; the South 642.7 feet of the Southeast ¼ of Section 19, T10N, R5W,
Crystal Township, Montcalm County, Michigan, except the West 330 feet of said
Southeast ¼ of the Southwest ¼ and also except the East 380 feet of said Southeast ¼ of
the Southeast ¼ described as beginning 430 feet West of the Southeast corner of said
Section 19; thence North 500 feet; thence West 270; thence South 500 feet; thence East
270 feet to the point of beginning of the description, PP#59-005-019-015-12 (as
corrected)

Also described as; beginning 380 feet West of the Southeast corner of Section 19, Town
10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, then North
642.7 feet; then East 610 feet; then South 642.7 feet; then East 290 feet; Then North 500
feet, then East 270 feet; then South 500 feet; then East 50 feet to the point of beginning.

TOGETHER WITH an easement for the purpose of granting ingress and egress to
Public Utility Electrical lines and drainage of excess water to Fish Creek.

DEMAND IS MADE UPON ALL PUBLIC OFFICIALS=PUBLIC SERVANTS under
penalty of Title 42 U.S.C. Sec. 1986 not to modify or remove this lien in any matter.

This lien is not dischargeable for 99 years and cannot be extinguished due to my death
whether accidental or purposely, or by Payment in Law of $300,000.00 dollars of silver
or gold coin. Butz vs Economu 428, U.S. 494, 98 S.C. 2894, Bell vs Hood 327 U.S. 196,
Bivens vs Unknown Agents 403 U.S. 388.

Date: *3 apr 2014*

All our right reserved, UCC 1-308/1-207!

*Robert Charles: Gilman*
Robert-Charles: Gilman, American National

*Marilyn Teresa: Totzkay Gilman*
Marilyn-Terese: Totzkay-Gilman, American National

# Legal Notice=Jurat

The Certifying Notary is an Independent Contractor and not a party to this claim=action. In truth=fact the Certifying Notary is a Federal Witness pursuant to TITLE 18, PART 1, CHAPTER 73, §1512, Tampering with a witness, victim or an informant. The certifying Notary also performs the function of a quasi-Postal Inspector under Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under color-of-law is a violation of TITLE 18, U.S.C. §242, titled "Deprivation of Rights Under-Color-of-Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the Color-of-Law to willfully deprive any individual residing in the United States and=or United States of America those rights protected by the Bill of Rights contained in the Organic Constitution, circa, 1789 and 1791 and Laws of the U.S.

The above individual(s) whose appellation is fixed to the document=instrument presented is known by me, having produce sufficient=valid identification, to be the same individual who has sealed this document=instrument by autographing the same in my physical presence on this day, *3rd* in the month of, April 2014.

Notary Public/Commission Expires; *9/30/2015*

CAROL A. PEIFFER
Notary Public Montcalm County, Michigan
My Commission Expires *9/30/2015*

## Affidavit of Truth
## Default and Summary Judgment

Michigan state,
Montcalm county,

1:14-cv-298
Paul L. Maloney,
Chief Judge United
States District Court

To: Montcalm County d.b.a.: MONTCALM COUNTY, COUNTY OF MONTCALM DUNS - 095948345 and EIN 386004874; JOANNE VUKIN d.b.a., MONTCALM COUNTY TREASURER, MONTCALM COUNTY CIRCUIT COURT including JUDGE SUZANNE HOSETH KREEGER, et. al., THEODORE SEITZ, P-60320, ATTORNEY AT LAW, and MONTCALM COUNTY CIRCUIT COURT DOCKET NUMBER 13-K-17508-AA; STATE OF MICHIGAN DUNS NUMBER 054698428, STATE BAR OF MICHIGAN: DUNS NUMBER: 087749883, et.al.:

I, Robert-Charles: Gilman and Marilyn-Terese: Totzkay-Gilman, Affiants herein are over the age of twenty-one years, and competent to make this Affidavit of our own first-hand knowledge, and do hereby declare under penalty of bearing false witness (perjury) under the laws of the united states of America that the following statements are true, correct, complete, and not intended to be misleading. Any objections to this Affidavit must be made on a certified point by point basis within ten (10) calendar days.

Affiants author this Affidavit to make known to all that:

1. Affiants have placed a COMMERCIAL LIEN IN THE FORM OF a LIS PENDENS LIEN & WRIT OF ATTACHMENT on all land, buildings, bank accounts, machinery, vehicles and any and all physical assets of Montcalm County as evidenced by way of the filed UCC1 Financial statement.

2. COMMERCIAL LIEN IN THE FORM OF A LIS PENDENS & WRIT OF ATTACHMENT Lien Instrument number 2014-086-3247-7 on file contains the never rebutted Expressed Administrative Hearing, Writ of Mandamus and Administrative Discovery, filed in conformity with the **Administrative Procedure Act (APA)**, Public Law 79-404, 60 Stat. 237, enacted June 11, 1946. State of Michigan, County of Montcalm, JoAnne Vukin-Montcalm County Treasurer has never shown chain of title nor any type of lawfull interest to this day.

3. State of Michigan, County of Montcalm and Title Check LLC can not show any type of chain of title to the property=land as mentioned in the above mentioned Lien do to their corporate charter.


4. Affiants has never received any type of response from the Expressed Administrative Hearing documents served on the above mentioned parties, see attached true and correct copies provided in previous filing. Parties addressed in the Administrative Hearing, Writ of Mandamus and Administrative Discovery, are in Default in accordance with the **Administrative Procedure Act (APA)**, Public Law 79-404, 60 Stat. 237, enacted June 11, 1946, procedures mentioned therein.

Further, Affiant's sayeth naught.

Autographed by the voluntary act of our own hand, the        day of April, two-thousand and fourteen A.D.

Date: *April 3, 2014*

All our rights reserved, UCC 1-308/1-207

Autograph: *Robert Charles : Gilman*
Appellation:  Robert-Charles: Gilman,
             Apostille No. 89536-2-265600-228
             American National


Autograph: *Marilyn Terese: TotzKay Gilman*
Appellation:  Marilyn-Terese: TotzKay-Gilman,
             Apostille No. 89536-2-265601-228
             American National
             Ex rel, united states of America;
             Michigan a Free and Independent
             Nation=State=Republic

# Legal Notice=Jurat

The Certifying Notary is an Independent Contractor and not a party to this claim=action. In truth=fact the Certifying Notary is a Federal Witness pursuant to TITLE 18, PART 1, CHAPTER 73, §1512, Tampering with a witness, victim or an informant. The certifying Notary also performs the function of a quasi-Postal Inspector under Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under color-of-law is a violation of TITLE 18, U.S.C. §242, titled "Deprivation of Rights Under-Color-of-Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the Color-of-Law to willfully deprive any individual residing in the United States and=or United States of America those rights protected by the Constitution and U.S. Laws.

The above individual whose appellation is fixed to the document=instrument presented is known by me, having produce sufficient=valid identification, to be the same individual who has sealed this document=instrument by autographing the same in my physical presence on this day, 3rd day in the month of April 2014, A.D.

Autograph:

Appellation: (notary)
Notary Public, State of Michigan, County of Montcalm

CAROL A. PEIFFER
Notary Public Montcalm County, Michigan
My Commission Expires 9/30/2015

My commission expires, 9/30/2015