FILED (COPY) - LN
April 4, 2014 9:31 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - LN
April 11, 2014 2:02 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY / _____ SCANNED BY / _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Robert-Charles: Gilman, American National
Marilyn-Terese: Totzkay-Gilman, American National

    Claimants=Plaintiff(s)

v

Montcalm County Treasurer JoAnne
Montcalm County, DUNS #095948345, EIN #386004874
8th Circuit Court Montcalm County
Judge Kreeger, 8th Circuit Court Montcalm County
Theodore Seitz P-60320
State of Michigan, DUNS #054698428
Michigan State Bar, DUNS # 087749883

    Respondents=Defendants

1:14-cv-298
Paul L. Maloney,
Chief Judge United
States District Court

# Table of Contents

1st document, 1 pages =      Court Cover Sheet

2nd document, 1 pages =      Table of Contents

3rd document, 3 pages =      Affidavit of Truth
                             Refusal to Accept Offer to Settle
                             7th Amendment Trial by jury Demand

4th document, 2 pages =      Affidavit, Final Notice and Default
                             Attached Treasurer Letter of Refusal

5th document, 8 pages =      Commercial Lien filed with Register of
                             Deeds and Common Law Lien "99 Years"

6th document, 2 pages =      Affidavit Proof of Service
                             Certificate of Mailing, PS Form 3817

# Affidavit of Truth
# Refusal to Accept Offer to Settle
# 7th Amendment Trial by jury Demand

Michigan state,
Montcalm county,

                                                    1:14-cv-298
                                                    Paul L. Maloney,
                                                    Chief Judge United
                                                    States District Court

We THE People of the State of Michigan, ex rel.
Robert Charles: Gilman
American National
Marilyn Terese: Totzkay-Gilman
American National
        Grantee(s), Claimant(s)

Vs

Montcalm County d.b.a.: MONTCALM COUNTY, COUNTY OF MONTCALM DUNS - 095948345 and EIN 386004874; JOANNE VUKIN d.b.a., MONTCALM COUNTY TREASURER, MONTCALM COUNTY CIRCUIT COURT including JUDGE SUZANNE HOSETH KREEGER, et. al., THEODORE SEITZ, P-60320, ATTORNEY AT LAW, and MONTCALM COUNTY CIRCUIT COURT DOCKET NUMBER 13-K-17508-AA; STATE OF MICHIGAN DUNS NUMBER 054698428, STATE BAR OF MICHIGAN: DUNS NUMBER: 087749883, et. al.:

        Grantor(s), Respondents

## Affidavit of Claim
## 7th Amendment Jury Trial Demand

1. I, Robert-Charles: Gilman and Marilyn-Terese: Totzkay-Gilman, Affiants herein are over the age of twenty-one years, and competent to make this Affidavit of our own first-hand knowledge, and do hereby declare under penalty of bearing false witness (perjury) under the laws of the united states of America that the following statements are true, correct, complete, and not intended to be misleading.

2014.04.03 Affidavit of Truth                                                                                          Page 1 of 3
    Refusal to Accept Offer
    7th Amendment Trial by Jury

Affiants author this Affidavit to make known to all that:

2. Affiants have made a bona fide offer to settle the tax demand with a Cashier's check in the amount stipulated on documents Claimants have in hand and known to the Montcalm county Treasurer as the source of amount offered by Claimants. Previous filing contains a copy of the Cashier's check offered as settlement for the demand.

3. Attached Affidavit by Claimant Robert-Charles: Gilman and witness=observer Gaylin Ray Borgart to affirm the 2nd offer and the refusal by the Treasurer.

4. Claimants are exercising the right secured by the 7th amendment which states -

> "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law."

Further, Affiant's sayeth naught.

Autographed by the voluntary act of our own hand, this 9th day of April, two-thousand and fourteen A.D. 09 April 2014

Date: 9 Apr 2014

All our rights reserved, UCC 1-308/1-207

Autograph: *[signature]*
Appellation: Robert-Charles: Gilman,
Apostille No. 89536-2-265600-228
American National

Autograph: *[signature]*
Appellation: Marilyn-Terese: Totzkay-Gilman,
Apostille No. 89536-2-265601-228
American National
Ex rel, united states of America;
Michigan a Free and Independent
Nation=State=Republic

## Legal Notice=Jurat

The Certifying Notary is an Independent Contractor and not a party to this claim=action. In truth=fact the Certifying Notary is a Federal Witness pursuant to TITLE 18, PART 1, CHAPTER 73, §1512, Tampering with a witness, victim or an informant. The certifying Notary also performs the function of a quasi-Postal Inspector under Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under color-of-law is a violation of TITLE 18, U.S.C. §242, titled "Deprivation of Rights Under-Color-of-Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the Color-of-Law to willfully deprive any individual residing in the United States and=or United States of America those rights protected by the Constitution and U.S. Laws.

The above individual whose appellation is fixed to the document=instrument presented is known by me, having produce sufficient=valid identification, to be the same individual who has sealed this document=instrument by autographing the same in my physical presence on this day, 3rd day in the month of April 2014, A.D.

Autograph: _[signature]_

CAROL A. PEIFFER
Notary Public Montcalm County, Michigan
My Commission Expires 9/30/2015

Appellation: (notary)
Notary Public, State of Michigan, County of Montcalm

My commission expires, 9/30/2015

1:14-cv-298
Paul L. Maloney
Chief Judge United
States District Court

Affidavit
Final Notice and Default
Hand Delivery and Mailing
of Filing

Robert-Charles: Gilman
Apostille Num. 89536-2-265600-228
American National
Marilyn-Terese: Totzkay-Gilman
Apostille Num. 89536-2-265601-228
American National
Ev rel, united states of America;

Affidavit by Robert-Charles: Gilman and Witness Gaylin Bogart that the MONTCALM COUNTY TREASURER, INC, 211 W MAIN ST, PO BOX 296, STANTON MI 48888, USA, JOANNE VUKIN refused an offer to settle the tax debt on the advice of counsel.

The refusal was observed by Gaylin Ray Bogart who accompanied me to observe as I made a second attempt to settle the tax debt and was again refused.

Based upon this second refusal to settle the tax debt I invoke my 7th amendment Right to trial by jury and demand discovery commences now. A discovery demand will be distributed.

We, Robert-Charles: Gilman, American National and Gaylin Ray Bogart, American National, are over the age of consent=twenty-one years, and competent to make this Affidavit of our own firsthand knowledge, and do hereby declare under penalty of bearing false witness=perjury under the laws of God and the united states of America that the preceding statements are true, correct, complete, and not intended to be misleading.

Further, Affiant's sayeth naught.

Signed by the voluntary act of our own volition, the day of 7th of April two thousand and fourteen A.D.

Autograph: *[signature]*
Appellation: Robert-Charles: Gilman
Apostille Num. 89536-2-265600-228
American National

1:14-cv-298
Paul L. Maloney
Chief Judge United
States District Court

## Witness and Observer

Autograph: *Haylin Bogart*

Appellation: Gaylin Ray Bogart
American National
Ex rel, united states of America;
Michigan a Free and Independent
Nation=State=Republic

**JoAnne Vukin**
Montcalm County Treasurer
211 W Main Street P O Box 368
Stanton MI 48888
Phone: 989-831-7334  Fax: 989-831-7430
Email: jvukin@co.montcalm.mi.us

April 7, 2014

To Whom It May Concern;

On Friday April 4, 2014, Mr. Robert Gilman came into the office of the Montcalm County Treasurer. He handed the treasurer, JoAnne Vukin a document stamped: *Filed (Copy)-LN, April 4, 2014 9:31am, Tracey Cordes, Clerk, U.S. District Court, Western District of Michigan.* I stamped it as received and then I also stamped another cover sheet for Mr. Gilman's records. Then Mr. Gilman handed me a cashier's check in the amount of $3,726.17 that was dated 04/03/2014.

I explained to Mr. Gilman I would have to check with my attorney as to if I could accept his funds because the 31st of March 2014 was the last day to redeemed his foreclosed properties. My attorney confirmed my decision not to accept the payment of foreclosed property taxes because it was too late to redeem 2011 delinquent property taxes that had been foreclosed at the Foreclosure Hearing on February 7, 2014 in the 8th Judicial Circuit Court, Stanton MI.

Mr. Gilman did not appear at this hearing to contest the petition referred to in Case No.13K-17508-AA. It is my understanding according to MCL 211.78k (5) because no payments were offered to redeem Mr. Gilman's properties by March 31, 2014, all redemption rights expired.

Sincerely,

*JoAnne Vukin*

JoAnne Vukin
Montcalm County Treasurer

Case 1:14-cv-00298-PLM Doc #3 Filed 04/11/14 Page 9 of 20 Page ID#107

LIBER 1614 PAGE 0611 1

STATE OF MICHIGAN - MONTCALM COUNTY
Received 04/07/2014 09:58:36 AM
Processed 04/07/2014 10:00:29 AM  1 of 8
LORI A. WILSON, REGISTER OF DEEDS

NOTICE AND CLAIM OF LIS PENDENS LIEN
By WRIT OF ATTACHMENT

| | |
|---|---|
| UNITED STATES DISTRICT COURT | 1:14-cv-298 |
| Western District of The State of Michigan | Paul L. Maloney |
| 113 Federal Bldg. | Chief Judge United |
| 315 W Allegan St | States District Court |
| Lansing, Michigan 48933 | |
| (517) 377-1559 | |

We THE People of the State of Michigan, ex rel.

Robert Charles: Gilman

Marilyn Terese: Totzkay-Gilman

Grantee(s), Claimant(s)

American Nationals

Vs

Montcalm County d.b.a.: MONTCALM COUNTY, COUNTY OF MONTCALM DUNS - 095948345 and EIN 386004874; JOANNE VUKIN d.b.a., MONTCALM COUNTY TREASURER, MONTCALM COUNTY CIRCUIT COURT including Judge KRIEGER and HOORT, and MONTCALM COUNTY CIRCUIT COURT DOCKET NUMBER 13-K-17508-AA; STATE OF MICHIGAN DUNS NUMBER 054698428, MICHIGAN BAR ASSOCIATION DUNS NUMBER .

Grantor(s), Respondents

CLAIM OF COMMERCIAL LIEN IN THE FORM OF A
LIS PENDENS LIEN & WRIT OF ATTACHMENT

NOTICE TO ALL PERSONS, known and unknown and all other concerned parties: You are hereby notified that a Notice of Claim of Lis Pendens Lien in the Form of a Lis Pendens Lien & Writ of Attachment are filed herein after referred to as a Claim of Lis Pendens Lien, on all tangible or intangible land and property described herein;

NOTICE IS HEREBY GIVEN that the Claimants owns the following real Property=Land: Of Robert-Charles: Gilman and Marilyn-Terese: Totzkay-Gilman, 6887 East Holland Lake Road, Sheridan, Michigan 48884, in the Township of Crystal, Montcalm County, Michigan Montcalm county Property Num. #005-019-015-10
Commencing at; Part of the Southeast ¼ of the Southeast ¼, beginning 430 feet West of the Southeast corner thereof; thence North 500 feet; West 270 feet; South 500 feet; East 270 feet to the point of beginning, Section 19, Town 10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, PP#59-005-019-015-10.

and

Montcalm county Property Num. #005-019-015-12
Commencing at; the South 642.7 feet of the Southeast ¼ of Section 19, T10N, R5W, Crystal Township, Montcalm County, Michigan, except the West 330 feet of said Southeast ¼ of the Southwest ¼ and also except the East 380 feet of said Southeast ¼ of the Southeast ¼ described as beginning 430 feet West of the Southeast corner of said Section 19; thence North 500 feet; thence West 270; thence South 500 feet; thence East 270 feet to the point of beginning of the description, PP#59-005-019-015-12 (as corrected)

Also described as; beginning 380 feet West of the Southeast corner of Section 19, Town 10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, then North 642.7 feet; then East 610 feet; then South 642.7 feet; then East 290 feet; Then North 500 feet, then East 270 feet; then South 500 feet; then East 50 feet to the point of beginning.

TOGETHER WITH an easement for the purpose of granting ingress and egress to Public Utility Electrical lines and drainage of excess water to Fish Creek.

DEMAND IS MADE UPON ALL PUBLIC OFFICIALS=PUBLIC SERVANTS under penalty of Title 42 U.S.C. Sec. 1986 not to modify or remove this lien in any matter.

### Cause for this action is as follows:

Lis Pendens (Case Pending) pursuant to State Statute, Michigan Session Law 1846 c. RS 65 and SB 927 (S-2) and 1160 (S-1), 2 October 2008 of The State of Michigan regarding the following filing in the United States District Court for the Western District of The State of Michigan, at The City of Lansing, Filing #1:14-cv-298. The authority of the Petitioner(s) to

file this Lis Pendens Lien in the Form of a Writ of Attachment is protected under the U.S. Constitution/Federal Common Law (UCC), the Supreme Law of the Land, 1:10;1; 6:2:3; Articles in Amendment 1,4,5,7,9,10. [SEE: U.C.C. Article 9]; [USC 42 1981]; 5 301, 559, 601 Ex. Ord. No. 12612 2(b) (d) (g); [USC 28 2072 Clause 2]; State v. Simon, 2 Spears 761; Taylor v. Porter, 4 Hill. 140, 146(1843); Reid v. Covert, 354 U.S. 1, 1 L. Ed. 2nd 1148(1957); Miranda v. Ariz., 384 U.S. 436 at 491(1966); Eisner v. McComber, 252 U.S. 189 at 207; Bishop v. U.S., D.C. Tex., 334, F. Supp. 415, 418.

This Lis Pendens Lien shall be valid, any other provisions of statute or rule regarding the form or content of a "notice of Lien" notwithstanding, nor shall it be dischargeable for 99 years, nor extinguishable due to Petitioner's death, nor extinguishable due to Petitioner's death whether accidental or purposely, nor dischargeable by Petitioner's heirs, assigns or executors. This Lis Pendens Lien may be Removed only as Follows: 1) Satisfaction of the Commercial Lien by Respondent(s) by full payment, or if and when land=property is taken in lieu of monetary value, or upon final determination of the supreme court of the united States of America under Common Law Principals. Petitioner(s), Petitioner(s) agents and/or assigns will file a release of Lien within TEN (10) days after Respondent(s) have satisfied this Lis Pendens Lien as required under International Commercial Law [recognized by United States as its UCC Federal Common Law].

**Notice to Respondent(s):** This Lis Pendens Lien shall become a Perfected Commercial Lien, File Number: 2014-086-3247-7 upon date of filing or on final decision of a Common Law Jury under the rules of Common Law pursuant to Article in Amendment 7 of the Constitution of the united States of America, as adopted at the United States Constitution, 7th Amendment.

**Caveat & Judicial Notice :** Notice to any person, National, Federal or State Administrative agent(s), Law Enforcement Officer(s), Legislator(s), or Judicial Officer(s), who attempts to modify, circumvent, and/or negate this Notice of Claim of Lis Pendens Lien in the form of a Writ of Attachment, shall be deemed outlaws and/or felons and shall be prosecuted pursuant to the Public Law as codified at USC 42, §1983, §1985, §1986 and subject to fine and penalties under the Federal Common Law [UCC] of up to $10,000.00 fine

per individual and up to 10 year imprisonment pursuant to the Public Law as codified at USC 18, §241 & §242.

Notice is given to all parties including but not limited to all Courts of all Jurisdictions that any judicial actions which violate the rights of individuals protected by the secured rights contained in the Constitution may be sued as a cause of action in civil court litigation against those performing said acts, without any form of immunity.

Federal and State officials sued in their capacities are "persons" subject to suits for damages under Public Law as codified at USC 42 §1983; 11th Amendment does not bar such suits in federal court. Any official who attempts to modify or remove this Notice of Lis Pendens Lien in the Form of a Writ of Attachment is fully liable for damages at law pursuant to the MANDATORY RULING of the SUPREME COURT. SEE: [USC 42 §2000d-7, §2000e(i)]; Hafer v. Melo, No. 90-681, P. 4001(1991); Butz v. Economy, 98 S/Ct. 2894: Bell v. Hood, 327 U.S. 678; Bivens v. Unknown Agents, 400 U.S. 862; Belknap v. Schild, 161 U.S. 10; U.S. v. Lee, 196.

**Memorandum of Law in Support of:**

Writs of attachment are but another form of Constitutional/Federal Common law [recognized by the U.C.C.] Lien and SUPERSEDE statutory mortgages and equity liens, and may be satisfied only when paid and/or land=property is taken in lieu of monetary value and fully satisfied by taking of said land=property. SEE: Drummond Carriage v. Mills, (1878) N.W.99: Hewitt v. Williams, 47 La. Ann. 742, 17 So. 269; Carr v. Dail, 19 S.E. 235; Mcmahn v. Ludin, 58 N.H. 827. The SUPREME COURT OF THE UNITED STATES specifically FORBIDS judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "clouds on title". Further, even if a preponderance of evidence displays the lien to be void or voidable, the Equity Court(s) still may not proceed until the moving party has proven that the moving party asks for and comes "to equity" with "clean hands" based on the "clean hands doctrine" and "Power of Estoppel". SEE: Rich v. Braxton 158 U.S. 375; Trace v. Comstock, 57 C.C.A. 646; West v. Washburn, App. Div. 460, 138 NY Supp. 230; I/We the undersigned Petitioner(s), being duly sworn on oath or affirmation that all the information and statements

in this Instrument are true and correct to the best of my/our knowledge and belief under penalty of bearing false witness [perjury] pursuant to the Laws of God and the People of the State of Michigan. All Statements made herein are made in good faith and in the interest of justice.

Dated: *7 April 2014*

We THE People of the State of Michigan, ex rel,

By and for: *Robert Charles: Gilman*
Robert Charles: Gilman
Live Man, American National

*Marilyn Terese: Totzkay-Gilman*
Marilyn Terese: Totzkay-Gilman
Live Woman, American National

Authored by and Return to:
Robert-Charles: Gilman
c/o Postmaster 92
204 S Main Street
Crystal, Michigan
[near but not in 48818]

MEMORANDUM IN LAW
COMMON LAW LIENS IN LAW
SUPERSEDE MORTGAGES AND EQUITY LIENS

1:14-cv-298
Paul L. Maloney, Chief Judge
United State District Court

Drummond Carriage Co. vs Mills 1898, 74 Northwest 966, Hewitt vs William 47, LA. ANN. 742, 17 South 269, Carr vs Dial 19 Southeast 235, and may be satisfied only when a court of Common law is court to convene pursuant to order of the elected Sheriff under Amendment 7 of the Bill of Rights.

Such Common Law Court forbids the presence of any Judge or Lawyer from participating or presiding or the practice of any Equity Law. The ruling of the United States Supreme Court in Rich vs Braxton 158, U.S. 375, specifically forbids Judges from invoking Equity Jurisdiction to remove Common Law Liens or similar "clouds of title."

Further even if a preponderance of evidence displays the lien to be void or voidable the Equity Court still may not proceed until the moving party has proven the he or she ask for comes "to Equity" with "clean hands." Trice vs Comstock 57, C.C.A. 646, West vs Washborn 138, N.Y. Supp 230.

Note - Any Official who attempts to modify or remove this Common Law Lien is fully liable for damages.

NOTICE AND DEMAND

NOTICE IS HEREBY GIVEN that the Claimants owns the following real Property=Land: Of Robert-Charles: Gilman and Marilyn-Terese: Totzkay-Gilman, 6887 East Holland Lake Road, Sheridan, Michigan 48884, in the Township of Crystal, Montcalm County, Michigan
Montcalm county Property Num. #005-019-015-10
Commencing at; Part of the Southeast ¼ of the Southeast ¼, beginning 430 feet West of the Southeast corner thereof; thence North 500 feet; West 270 feet; South 500 feet; East 270 feet to the point of beginning, Section 19, Town 10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, PP#59-005-019-015-10.

and

Montcalm county Property Num. #005-019-015-12
Commencing at; the South 642.7 feet of the Southeast ¼ of Section 19, T10N, R5W, Crystal Township, Montcalm County, Michigan, except the West 330 feet of said Southeast ¼ of the Southwest ¼ and also except the East 380 feet of said Southeast ¼ of the Southeast ¼ described as beginning 430 feet West of the Southeast corner of said Section 19; thence North 500 feet; thence West 270; thence South 500 feet; thence East 270 feet to the point of beginning of the description, PP#59-005-019-015-12 (as corrected)

Also described as; beginning 380 feet West of the Southeast corner of Section 19, Town 10 North, Range 5 West, Crystal Township, Montcalm County, Michigan, then North 642.7 feet; then East 610 feet; then South 642.7 feet; then East 290 feet; Then North 500 feet, then East 270 feet; then South 500 feet; then East 50 feet to the point of beginning.

TOGETHER WITH an easement for the purpose of granting ingress and egress to Public Utility Electrical lines and drainage of excess water to Fish Creek.

DEMAND IS MADE UPON ALL PUBLIC OFFICIALS=PUBLIC SERVANTS under penalty of Title 42 U.S.C. Sec. 1986 not to modify or remove this lien in any matter.

This lien is not dischargeable for 99 years and cannot be extinguished due to my death whether accidental or purposely, or by Payment in Law of $300,000.00 dollars of silver or gold coin. Butz vs Economu 428, U.S. 494, 98 S.C. 2894, Bell vs Hood 327 U.S. 196, Bivens vs Unknown Agents 403 U.S. 388.

Date: 3 Apr 2014

All our right reserved, UCC 1-308/1-207!

*[signature]*
Robert-Charles: Gilman, American National

*[signature]*
Marilyn-Terese: Totzkay-Gilman, American National

## Legal Notice=Jurat

The Certifying Notary is an Independent Contractor and not a party to this claim=action. In truth=fact the Certifying Notary is a Federal Witness pursuant to TITLE 18, PART 1, CHAPTER 73, §1512, Tampering with a witness, victim or an informant. The certifying Notary also performs the function of a quasi-Postal Inspector under Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under color-of-law is a violation of TITLE 18, U.S.C. §242, titled "Deprivation of Rights Under-Color-of-Law," which primarily governs police misconduct investigations. This statute makes it a crime for any person acting under the Color-of-Law to willfully deprive any individual residing in the United States and=or United States of America those rights protected by the Bill of Rights contained in the Organic Constitution, circa, 1789 and 1791 and Laws of the U.S.

The above individual(s) whose appellation is fixed to the document=instrument presented is known by me, having produce sufficient=valid identification, to be the same individual who has sealed this document=instrument by autographing the same in my physical presence on this day, _3rd_ in the month of, April 2014.

Notary Public/Commission Expires; _9/30/2015_

_Carol A. Peiffer_ (signature)

CAROL A. PEIFFER
Notary Public Montcalm County, Michigan
My Commission Expires 9/30/2015

1:14-cv-298
Paul L. Maloney
Chief Judge United
States District Court

Affidavit
Final Notice and Default
Hand Delivery or by Mailing
of Filing

Robert-Charles: Gilman
Apostille Num. 89536-2-265600-228
American National
Marilyn-Terese: Totzkay-Gilman
Apostille Num. 89536-2-265601-228
American National
Ex rel, united states of America;

Affidavit by Robert-Charles: Gilman that the below listed agencies and agents either received the documents of claim by Hand Delivery or mailed and this document with attached copies of Certificate of Mailing, PS Form 3817 is Proof of Service.

#1) MONTCALM COUNTY, INC. DUNS #095948345, EIN #386004874
211 W MAIN ST, P.O. BOX 368, STANTON, MI 48888, USA [Hand Del:(By Mail)]

#2) JOANNE VUKIN, MONTCALM COUNTY TREASURER, INC
211 W MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del:(By Mail)]

#3) 8th CIRCUIT COURT, INC, MONTCALM COUNTY
631 N MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del:(By Mail)]

#4 JUDGE SUZANNE HOSETH KREEGER
631 N MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del:(By Mail)]

#5 STATE OF MICHIGAN, INC DUNS #054698428
ATTORNEY GENERAL
G. MENNEN WILLIAMS BLDG, 7TH FLOOR
525 W OTTAWA STREET
PO BOX 30212
LANSING, MI 48909                                [Hand Del:(By Mail)]

#6) THEODORE SEITZ, P-60320, ATTORNEY AT LAW et al.
124 W ALLEGAN STREET
SUITE 800
LANSING, MI 48933                                [Hand Del:(By Mail)]

1:14-cv-298
Paul L. Maloney
Chief Judge United
States District Court

#7) MICHIGAN STATE BAR, DUNS #087749883
  306 TOWNSEND STREET
  LANSING, MI 48933-2012 USA     [Hand Del  By Mail]

We, Robert-Charles: Gilman, American National over the age of consent=twenty-one years, and competent to make this Affidavit of our own firsthand knowledge, and do hereby declare under penalty of bearing false witness=perjury under the laws of God and the united states of America that the following statements are true, correct, complete, and not intended to be misleading.

STATE OF MICHIGAN, INC, JOANNE VUKIN, COUNTY TREASURER, INC, 8th CIRCUIT COURT, INC, MONTCALM COUNTY, INC, JUDGE SUZANNE HOSETH KREEGER, THEODORE SEITZ, P-60320, ATTORNEY AT LAW et al, have defaulted by non-responsive actions and given their silent consent to the Novation by standing silent. This default vitiates the fraudulent 8th Circuit Court action titled Docket No. 11-K-14891-AA and new Docket No. 13K-17508-AA. These file numbers are being used as one case fits all is blatant and overt fraud by the Court, further evidencing the non-existent "grant of Authority" and any Original "wet autographed contracts held" are political crimes committed against the People.

That the above address's all received by Hand Delivery or was mailed this claim and filing and this Affidavit serves as Proof of Notice~

Further, Affiant sayeth naught.

Signed by the voluntary act of our own volition, the day 11th of April two thousand and fourteen A.D., 11 April 2014.

Date: 11 April 2014

All Rights Reserved 1-308/1-207

Autograph: *Robert Charles: Gilman*
Appellation: Robert-Charles: Gilman, Sui juris
  Apostille Num. 89536-2-265600-228
  American National



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

Received From:
R&M: Gilman; %o Postmaster
204 S. Main Street
Crystal, Michigan [48818]

One piece of ordinary mail addressed to: State of Michigan
Atty Gen., G. Mennen Williams Bldg
7th Floor, 525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

1.61

PS Form 3817, January 2001

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

Received From:
R&M: Gilman; %o Postmaster
204 S. Main Street
Crystal, Michigan [48818]

One piece of ordinary mail addressed to:
Theodore Seitz
124 W Allegan ST
Suite 800
Lansing, MI 48933

1.82

PS Form 3817, January 2001



---



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee.

Received From:
R&M: Gilman; %o Postmaster
204 S. Main Street
Crystal, Michigan [48818]

One piece of ordinary mail addressed to:
Michigan State Bar, INC
306 Townsend Street
Lansing, MI 48933-2012

1.82

PS Form 3817, January 2001