FILED - LN
April 30, 2014 1:45 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY /    SCANNED BY

1:14-cv-298
Paul L. Maloney
Chief Judge United
States District Court

Declaration
Final Notice and Default
Hand Delivery or by Mailing
of Filing

Robert-Charles: Gilman
Apostille Num. 89536-2-265600-228
American National
Marilyn-Terese: Totzkay-Gilman
Apostille Num. 89536-2-265601-228
American National
Ex rel, united states of America;

Declaration made by Robert-Charles: Gilman that the below listed agencies and agents either received the documents of claim by Hand Delivery or mailed and this document with attached copies of Certificate of Mailing, PS Form 3817 is Proof of Service.

#1) MONTCALM COUNTY, INC. DUNS #095948345, EIN #386004874
211 W MAIN ST, P.O. BOX 368, STANTON, MI 48888, USA [Hand Del: (By Mail)]

#2) JOANNE VUKIN, MONTCALM COUNTY TREASURER, INC
211 W MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del: (By Mail)]

#3) 8th CIRCUIT COURT, INC, MONTCALM COUNTY
631 N MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del: (By Mail)]

#4 JUDGE SUZANNE HOSETH KREEGER
631 N MAIN ST, PO BOX 296, STANTON MI 48888, USA [Hand Del: (By Mail)]

#5 STATE OF MICHIGAN, INC DUNS #054698428
ATTORNEY GENERAL
G. MENNEN WILLIAMS BLDG, 7TH FLOOR
525 W OTTAWA STREET
PO BOX 30212
LANSING, MI 48909                                    [Hand Del: (By Mail)]

#6) THEODORE SEITZ, P-60320, ATTORNEY AT LAW et al.
124 W ALLEGAN STREET
SUITE 800
LANSING, MI 48933                                    [Hand Del: (By Mail)]

#7) MICHIGAN STATE BAR, DUNS #087749883
306 TOWNSEND STREET
LANSING, MI 48933-2012 USA         [Hand Del: By Mail]

    I, Robert-Charles: Gilman, American National over the age of consent=twenty-one years, and competent to make this Affidavit of our own firsthand knowledge, and do hereby declare under penalty of bearing false witness=perjury under the laws of God and the united states of America that the following statements are true, correct, complete, and not intended to be misleading.

    STATE OF MICHIGAN, INC, JOANNE VUKIN, COUNTY TREASURER, INC, 8th CIRCUIT COURT, INC, MONTCALM COUNTY, INC, JUDGE SUZANNE HOSETH KREEGER, THEODORE SEITZ, P-60320, ATTORNEY AT LAW et al, have defaulted by non-responsive actions and given their silent consent to the Novation by standing silent. This default vitiates the fraudulent 8th Circuit Court action titled Docket No. 11-K-14891-AA and new Docket No. 13K-17508-AA. These file numbers are being used as one case fits all is blatant and overt fraud by the Court, further evidencing the non-existent "grant of Authority" and any Original "wet autographed contracts held" by these agents are political crimes committed against the People.

    That the above address's all received by Hand Delivery or was mailed this claim and filing and this Affidavit serves as Proof of Notice~

    Further, Declarant sayeth naught.

Signed by the voluntary act of our own volition, the 30th day of April two thousand and fourteen A.D., 30th April 2014.

Date: 30 Apr 2014

                       All Rights Reserved 1-308/1-207
Autograph: *[signature]*
Appellation: Robert-Charles: Gilman, Sui juris
                Apostille Num. 89536-2-265600-228
                American National