**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

May 2, 2014

Robert Charles Gilman
P.O. Box 92
Crystal, MI 48818

    RE:    Gilman et al v.State of Michigan et al    Case No. 1:14-cv-298
                                                                                                            Chief Judge Paul L. Maloney

We received the enclosed discovery papers for filing which are being returned to you pursuant to Western District of Michigan Local Civil Rule 5.3 and Federal Rule of Civil Procedure 5(d).

Filer and Date Received:        Robert Charles Gilman, April 30, 2014
Document title:                      Plaintiff's demand for admissions

[x]  We have filed your proof of service for same.

[]  We will file your proof of service for same when submitted.

In the future please only submit a proof of service for your discovery materials.  Thank you.

                                                                                      Sincerely,

                                                                                      Tracey Cordes, Clerk

                                                                                      /s/ D. Webb

                                                                                      By:  Deputy Clerk

W.D. Mich. LCivR 5.3 states, "Filing of discovery materials (a) Interrogatories, requests for production or inspection, request for admissions, and responses or objections shall be served upon other parties, but shall not be filed with the Court.  Only a proof of service shall be filed with the Court.  The party responsible for service of these discovery materials shall retain the original and become the custodian. (b) Transcripts of depositions shall not be filed with the Court. (c) If discovery materials are to be used at trial, relevant portions of the materials to be used shall be filed with the Clerk at or before trial.  If discovery materials are necessary to any motion, relevant portions of the materials shall be filed with the Clerk with the motion or response."

F.R.C.P. 5(d) states, "Filing; Certificate of Service.  Any paper after the complaint that is required to be served--together with a certificate of service-- must be filed within a reasonable time after service.  But disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions,  interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."