UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CHARLES GILMAN, AND ) <br> MARILYN TERESE TOTZKAY-GILMAN, ) <br> Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> STATE OF MICHIGAN, ET AL., ) <br> Defendants. ) <br> _____) | No. 1:14-cv-298 <br><br> HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed the claims for lack of subject matter jurisdiction, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS LAWSUIT IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 5, 2014                                  /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              Chief United States District Judge